IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| ELECTRIC INSURANCE CO., et al, | : |
| | : |
| Plaintiff(s) | : |
| | : Case Number: 1:00cv1056-SJD |
| vs. | : |
| | : District Judge Susan J. Dlott |
| PHYLLIS H. WALLACE, et al, | : |
| | : |
| Defendant(s) | : |

ORDER

Based upon a conference held with the parties on March 15, 2004, the Court hereby sets the following briefing schedule for defendant Chrysler Insurance Company's motion for summary judgment:

1.　Opposition memorandum due　　　　　5/17/04

2.　Reply memorandum due　　　　　　　6/1/04

IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　___s/Susan J. Dlott_____
　　　　　　　　　　　　　　　　　　　Susan J. Dlott
　　　　　　　　　　　　　　　　　　　United States District Judge