UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| ELECTRIC INSURANCE COMPANY, et al. | : | CASE NO. C-1-00-1056 |
| | : | |
| Plaintiffs | : | JUDGE SUSAN J. DLOTT |
| | : | |
| vs. | : | |
| PHYLLIS H. WALLACE, EXECUTRIX OF THE ESTATE OF CHRISTOPHER S. WALLACE, et al. | : | |
| | : | |
| Defendants. | | |

### APPEARANCE OF COUNSEL

Notice is hereby given that Carl W. Zugelter shall be added as co-counsel of record with Edwin H. Hoseus, Jr., lead counsel, for Defendant, Phyllis H. Wallace, Executrix of the Estate of Christopher S. Wallace in the case at bar.

Edwin L. Hoseus, Jr.   (#0008562)
Attorney for Defendant Phyllis Wallace
Executrix of the Estate of Christopher S. Wallace
741 Milford Hills Drive
Milford, Ohio 45150
(513) 248-0317

Carl W. Zugelter   (#0007865)
Attorney for Defendant Phyllis Wallace,
Executrix of the Estate of Christopher S. Wallace
1285 W. Ohio Pike
Amelia, Ohio 45102
(513) 752-2338
(513) 752-2234 fax

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon Brian A. Meeker, Attorney for Defendant Chrysler Insurance Co., 1400 Midland Building, 101 Prospect Avenue West, Cleveland, OH 45115-1093 by ordinary U.S. mail this ___ day of April, 2004.

Edwin L. Hoseus, Jr.   (#0008562)
Attorney for Defendant Phyllis Wallace