UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

04 MAY 14 PM 2:54

| | | |
|---|---|---|
| ELECTRIC INSURANCE COMPANY, et al. | : | CASE NO. C-1-00-1056 |
| | : | |
| Plaintiffs | : | JUDGE SUSAN J. DLOTT |
| | : | |
| vs. | : | |
| | : | |
| PHYLLIS H. WALLACE, EXECUTRIX OF THE ESTATE OF CHRISTOPHER S. WALLACE, et al. | : | |
| | : | |
| Defendants. | : | |

## DEFENDANT, PHYLLIS H. WALLACE'S MOTION TO AMEND SCHEDULING ORDER

Phyllis H. Wallace, Executrix of the Estate of Christopher S. Wallace respectfully requests that the court amend its scheduling order of March 17, 2004 to permit Defendant, Phyllis H. Wallace to file a Motion for Summary Judgment against Defendant Chrysler Insurance Company and to respond to Chrysler Insurance Company's Motion for Summary Judgment on or before May 17, 2004. Further, Defendant Phyllis H. Wallace moves the court to permit Chrysler Insurance Company to file its response to her Motion for Summary Judgment on June 1, 2004 and to permit Defendant, Phyllis H. Wallace to respond to Chrysler Insurance Company's Response to her Motion for Summary Judgment by June 15, 2004.

This case was initially presented and decided by the court on Motions for Summary Judgment filed by Plaintiffs and Defendant, Chrysler Insurance Company. Defendant, Phyllis H. Wallace did not file a Motion for Summary Judgment. As a result of recent case law plaintiff's may be dismissed from this case in the near future. Therefore, Defendant, Phyllis H. Wallace urges the court that it would be appropriate to permit her to file her Motion for Summary Judgment along with her response to

1

Chrysler Insurance Company's Motion for Summary Judgment on the date originally scheduled by the court.

Defendant, Phyllis H. Wallace further moves the court to keep intact Chrysler's Insurance Company's response time and to permit Defendant Phyllis H. Wallace to file a reply to any response of Chrysler Insurance Company to her Motion for Summary Judgment on or before June 15, 2004.

Respectfully submitted,

_____   _____
Edwin L. Hoseus, Jr.   (#0008562)   Carl W. Zugelter   (#0007865)
Attorney for Defendant Phyllis Wallace,   Attorney for Defendant Phyllis Wallace,
Executrix of the Estate of Christopher S. Wallace   Executrix of the Estate of Christopher S. Wallace
741 Milford Hills Drive   1285 W. Ohio Pike
Milford, Ohio 45150   Amelia, Ohio 45102
(513) 248-0317   (513) 752-2338
   (513) 752-2234 fax

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon Brian A. Meeker, Attorney for Defendant Chrysler Insurance Co., 1400 Midland Building, 101 Prospect Avenue West, Cleveland, OH 45115-1093 by ordinary U.S. mail this 14 day of ~~April~~ May, 2004.

_____
Edwin L. Hoseus, Jr.   (#0008562)
Attorney for Defendant Phyllis Wallace