UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| ELECTRIC INSURANCE COMPANY, et al. | : | CASE NO. C-1-00-1056 |
| Plaintiffs | : | JUDGE SUSAN J. DLOTT |
| vs. | : | |
| PHYLLIS H. WALLACE, EXECUTRIX OF THE ESTATE OF CHRISTOPHER S. WALLACE, et al. | : | AGREED **ORDER AMENDING SCHEDULING ORDER OF MARCH 17, 2004** |
| Defendants. | : | |

Upon Motion of Defendant, Phyllis H. Wallace, this court permits Defendant, Phyllis H. Wallace to file a Motion for Summary Judgment against Chrysler Insurance Company and to respond to Chrysler's Motion for Summary Judgment on or before May 17, 2004. Defendant, Chrysler Insurance Company shall file its response to Defendant, Phyllis H. Wallace's Motion for Summary Judgment on or before June 1, 2004. Defendant, Phyllis H. Wallace, shall be permitted to respond to Chrysler Insurance Company's response on June 15, 2004.

_____
Judge Susan J. Dlott

_____
Edwin L. Hoseus, Jr.   (#0008562)
Attorney for Defendant Phyllis Wallace
Executrix of the Estate of Christopher S. Wallace
741 Milford Hills Drive
Milford, Ohio  45150
(513) 248-0317

_____
Carl W. Zugelter   (#0007865)
Attorney for Defendant Phyllis Wallace,
Executrix of the Estate of Christopher S. Wallace
1285 W. Ohio Pike
Amelia, Ohio  45102
(513) 752-2338

*Brian A. Mecker* /s/ *Telephone 5/14/04*
Brian A. Mecker
Attorney for Defendant Chrysler Ins. Co.
1400 Midland Building
101 Prospect Avenue West
Cleveland, OH 45115-1093
(216) 687-1311