IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| ELECTRIC INSURANCE COMPANY, et al., | ) ) ) | CASE NO. C-1-00-1056 |
| Plaintiffs, | ) ) ) | JUDGE DLOTT |
| v. | ) ) ) | |
| PHYLLIS H. WALLACE, Executrix of the Estate of Christopher S. Wallace, et al. | ) ) ) ) | **STIPULATION FOR DISMISSAL PURSUANT TO RULE 41(A)(1)** |
| Defendants. | ) ) | |

Now come the parties, Plaintiffs Electric Insurance Company and National Union Fire Insurance Company of Pittsburgh, PA, Defendant, Phyllis Wallace, Executrix of the Estate of Christopher S. Wallace and Defendant Chrysler Insurance Company, by and through their respective counsel, and hereby stipulate that the claims by and between Electric Insurance, National Union and the Estate of Christopher Wallace are hereby dismissed without prejudice. The claims by and between Chrysler Insurance Company and the Estate of Christopher Wallace will remain pending. Plaintiffs reserve the right to re-file according to the Rules of Civil Procedure and Ohio statute.

Approved:

/s/ Laura M. Faust

Laura M. Faust  (0059494)
ROETZEL & ANDRESS
222 South Main Street, Suite 400
Akron, OH  44308
(330) 376-2700
(330) 376-4577- fax
ATTORNEY FOR PLAINTIFFS
ELECTRIC INSURANCE COMPANY AND
NATIONAL UNION FIRE AND INSURANCE

_per telephone consent_ 5/20/04
Edwin L. Hoseus, Jr., Esq.
741 Milford Hills Drive
Milford, OH  45150
ATTORNEY FOR DEFENDANT
PHYLLIS WALLACE, EXECUTRIX
OF THE ESTATE OF CHRISTOPHER S. WALLACE


_per telephone consent_ 5/20/04
Brian A. Meeker, Esq.
Brian D. Sullivan, Esq.
Reminger & Reminger Co., L.P.A.
1400 Midland Building
101 Prospect Avenue
Cleveland, OH  44115
ATTORNEY FOR DEFENDANT
CHRYSLER INSURANCE COMPANY

## CERTIFICATE OF SERVICE

A copy of the foregoing has been sent to the following by first class U.S. mail, postage prepaid, this ____ day of _____, 2004:

Edwin L. Hoseus, Jr., Esq.
741 Milford Hills Drive
Milford, OH 45150
ATTORNEY FOR DEFENDANT
PHYLLIS WALLACE, EXECUTRIX
OF THE ESTATE OF CHRISTOPHER S. WALLACE

Brian A. Meeker, Esq.
Brian D. Sullivan, Esq.
Reminger & Reminger Co., L.P.A.
1400 Midland Building
101 Prospect Avenue
Cleveland, OH 44115
ATTORNEY FOR DEFENDANT
CHRYSLER INSURANCE COMPANY

Carl W. Zugelter, Esq.
1285 W. Ohio Pike
Amelia, OH 45102
ATTORNEY FOR DEFENDANT
KNEIPPS

_____
Laura M. Faust (0059494)

1145791_1 /025481.0047

2