UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| ELECTRIC INSURANCE COMPANY, ET AL. | ) ) | CASE NO.  C-1-00-1056 |
| | ) | JUDGE: SUSAN J. DLOTT |
| Plaintiffs, | ) ) | |
| | ) | **DEFENDANT CHRYSLER INS. CO.'S** |
| v. | ) | **MOTION FOR EXTENSION OF TIME** |
| | ) | **TO FILE BRIEF IN OPPOSITION TO** |
| PHYLLIS H. WALLACE, EXECUTRIX OF THE ESTATE OF CHRISTOPHER S. WALLACE, ET AL. | ) ) ) | **DEFENDANT WALLACE'S MOTION TO RECONSIDER, ETC. (Docs. 58 & 59)** |
| | ) | |
| Defendants. | ) | |

Chrysler Insurance Company respectfully requests a brief period of an additional twenty-one (21) days in which to prepare and file its brief in opposition to Defendant Wallace's Motion to Reconsider, Etc. (Docs. 58 & 59).  As grounds for this request, Chrysler Insurance submits that additional time is necessary because of the novel issues presented in Wallace's brief and due to the press of other business including preparation for trial in the case of *Hornyak v. Ellefant*, Portage Co. CP No. 99CV00340.  This party has made no other requests for additional time and no further requests are anticipated.

WHEREFORE, Chrysler Insurance requests an order permitting it time until June 22, 2004 in which to file a brief in opposition to Defendant Wallace's combined response brief, summary judgment brief, and motion for reconsideration (Docs. 58 & 59).

Respectfully submitted,

/s/ Brian A. Meeker
BRIAN A. MEEKER (0063543)
**Reminger & Reminger Co., L.P.A.**
1400 Midland Building
101 Prospect Avenue West
Cleveland, OH  44115-1093
(216) 687-1311; fax: (216) 687-1841
bmeeker@reminger.com
*Attorney for Defendant*
*DaimlerChrysler Insurance Company*

**SERVICE**

The foregoing Motion for Extension of Time was filed on June 1, 2004 via the ECF/PACER system, with service copies automatically provided to counsel of record.

/s/ *Brian A. Meeker*
BRIAN A. MEEKER (#0063543)