UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION
CASE NO. 1:00cv01056-SJD

**NATIONAL UNION FIRE INSURANCE
CO. OF PITTSBURGH, PA**                                        PLAINTIFF

VS.                                          ORDER

**PHYLLIS H. WALLACE, ET AL**                                  DEFENDANTS

This matter is before the court on motion of Chrysler Insurance Company for summary judgment on the cross-claim (Doc. #53) and motion of defendant Phyllis H. Wallace for reconsideration (Doc. #58), and the court being advised,

**IT IS ORDERED** that said oral argument on such motions be, and it is, hereby set on **Tuesday, January 18, 2005 at 10:30 a.m.** in the U.S. Courthouse, in Cincinnati, Ohio, (room to be designated) before the undersigned.

This 20th day of December, 2004.



Signed By:
William O. Bertelsman  WOB
United States District Judge