UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| ELECTRIC INSURANCE COMPANY, et al. | : | CASE NO. C-1-00-1056 |
| | : | JUDGE WILLIAM O. BERTELSMAN |
| Plaintiffs | : | |
| | : | |
| vs. | : | |
| | : | |
| PHYLLIS H. WALLACE, EXECUTRIX OF THE ESTATE OF CHRISTOPHER S. WALLACE, et al. | : | |
| | : | |
| Defendants. | : | |

**DEFENDANT, PHYLLIS H. WALLACE'S PROPOSED JURY INSTRUCTIONS, JURY INTERROGATORIES AND VERDICT FORMS**

Now comes Defendant, Phyllis H. Wallace, and respectfully submits the attached Proposed Jury Instructions and Jury Interrogatories.

Respectfully submitted,

_____      _____
Edwin L. Hoseus, Jr.       (#0008562)      Carl W. Zugelter       (#0007865)
Attorney for Defendant Phyllis Wallace      Attorney for Defendant Phyllis Wallace,
Executrix of the Estate of Christopher S. Wallace      Executrix of the Estate of Christopher S. Wallace
741 Milford Hills Drive      1285 W. Ohio Pike
Milford, Ohio  45150      Amelia, Ohio  45102
(513) 248-0317      (513) 752-2338
      (513) 752-2234 fax

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon Brian A. Meeker, Attorney for Defendant Chrysler Insurance Co. via e-mail this 10th day of May, 2005.

_____
Carl W. Zugelter       (#0007865)
Attorney for Defendant Phyllis Wallace,
Executrix of the Estate of Christopher S. Wallace

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

ELECTRIC INSURANCE COMPANY, : CASE NO. C-1-00-1056
et al. : JUDGE WILLIAM O. BERTELSMAN
        Plaintiffs
         :
  vs.
         :
PHYLLIS H. WALLACE, EXECUTRIX
OF THE ESTATE OF :
CHRISTOPHER S. WALLACE, et al.
         :
        Defendants.

Defendant Wallace requests and incorporates Defendant Chrysler's Jury Instructions numbers one through twenty-two with the exception of number two. In addition thereto Defendant Wallace requests that the following jury instruction be given to the jury

### REQUEST FOR JURY INSTRUCTION NO. 1

UNINSURED/UNDERINSURED MOTORIST COVERAGE

    This case is known as an underinsured motorist claim. Chrysler Insurance Company provided underinsured motorist coverage on the vehicle in which Christopher Wallace was a passenger. Under this coverage the Estate of Christopher Wallace is entitled to recover damages from Chrysler Insurance Company caused by the **negligence** of an underinsured motorist.

    You will consider this case as if the Estate of Christopher Wallace's claims were against the driver of the other vehicle.

    At the conclusion of this case, I will instruct you in greater detail on the law of **negligence** and damage.

*Tucker v. McQuery* (1999), 107 Ohio Misc. 2d 38, 736 N.E.2d 574.

*Gaul v. Westfield Insurance Company* (Aug. 20, 1999), Lake App. No. 97-L-278, unreported.

**JURY INSTRUCTION NO. 2**
(Underinsured Motorist Claim)

It has been determined that Chrysler Insurance Company provides underinsured motor vehicle coverage for the automobile in which Christopher Wallace was a passenger at the time of his death. Issues of coverage are not for your determination. You must only resolve the issues of whether or not the accident of April 16, 1999 proximately caused bodily injury and/or death to the plaintiff and if so, to determine a reasonable amount to compensate the defendant's estate for the damages at law.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| ELECTRIC INSURANCE COMPANY, et al. | : | CASE NO. C-1-00-1056 |
| | | JUDGE WILLIAM O. BERTELSMAN |
| | : | |
| Plaintiffs | | |
| vs. | : | **JURY INTERROGATORY NO. 1** |
| | | |
| PHYLLIS H. WALLACE, EXECUTRIX OF THE ESTATE OF | : | |
| CHRISTOPHER S. WALLACE, et al. | : | |
| | | |
| Defendants. | : | |

The parties have stipulated that Brian Downey was negligent and that his negligence was a direct and proximate cause of the death of Christopher Wallace.

Was Christopher Wallace, negligent (did he impliedly assume the risk of injury) (and did that negligence) (implied assumption of risk) directly and proximately cause his injury and death?

CIRCLE YOUR ANSWER IN INK                                    YES or NO

_____                              _____

_____                              _____

_____                              _____

_____                              _____

_____                              _____

If the answer to Interrogatory No. 1 is yes move to Interrogatory No. 2
If the answer to Interrogatory No. 1 is no do not answer Interrogatory No. 2, and move to Interrogatory No. 3, and sign the General Verdict for the Estate of Christopher Wallace.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

ELECTRIC INSURANCE COMPANY,  :   CASE NO. C-1-00-1056
et al.                                            JUDGE WILLIAM O. BERTELSMAN
                                                   :
           Plaintiffs
    vs.                                          :   **JURY INTERROGATORY NO. 2**

PHYLLIS H. WALLACE, EXECUTRIX  :
OF THE ESTATE OF
CHRISTOPHER S. WALLACE, et al.   :

           Defendants.                   :

State the percentages of negligence (implied assumption of the risk) (or both) that directly and proximately caused Christopher Wallace's decedent's injury or death:

Percentage of negligence (implied assumption of the risk) (or both) attributable to
Christopher Wallace: _____ %

Percentage of negligence attributable to Brian Downey: _____ %

These percentages must equal the total of ............................................100%

_____          _____
_____          _____
_____          _____
_____          _____

If the percentage attributable to Christopher Wallace is 50% or less move to Interrogatory No. 3 and sign the General Verdict for the Estate of Christopher Wallace.

If the percentage attributable to Christopher Wallace is greater than 50% do not answer Interrogatory No. 3 and sign the General Verdict for the Defendant Chrysler Insurance and report to the Court that you have completed your deliberations.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| ELECTRIC INSURANCE COMPANY, et al. | : | CASE NO. C-1-00-1056<br>JUDGE WILLIAM O. BERTELSMAN |
| Plaintiffs | : | |
| vs. | : | **JURY INTERROGATORY NO. 3** |
| PHYLLIS H. WALLACE, EXECUTRIX OF THE ESTATE OF CHRISTOPHER S. WALLACE, et al. | : | |
| Defendants. | : | |

State to total amount of compensatory damages to the Estate of Christopher Wallace without regard to the percentage of negligence (implied assumption of risk) (or both) attributable to Christopher Wallace.

State your answer in figures in ink                                    $_____

_____           _____

_____           _____

_____           _____

_____           _____

_____           _____

_____           _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| ELECTRIC INSURANCE COMPANY, et al. | : | CASE NO. C-1-00-1056 |
| | | JUDGE WILLIAM O. BERTELSMAN |
| | : | |
| Plaintiffs | | |
| vs. | : | **GENERAL VERDICT** |
| | | |
| PHYLLIS H. WALLACE, EXECUTRIX OF THE ESTATE OF | : | |
| CHRISTOPHER S. WALLACE, et al. | : | |
| | | |
| Defendants. | : | |

We, the jury, do hereby find for the Estate of Christopher Wallace and we find that the total amount of damages is $_____, as decided in Interrogatory No. 3.

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| ELECTRIC INSURANCE COMPANY, et al. | : | CASE NO. C-1-00-1056<br>JUDGE WILLIAM O. BERTELSMAN |
| | : | |
| Plaintiffs | | |
| vs. | : | **GENERAL VERDICT** |
| | | |
| PHYLLIS H. WALLACE, EXECUTRIX OF THE ESTATE OF CHRISTOPHER S. WALLACE, et al. | :<br><br>: | |
| | | |
| Defendants. | : | |

We, the jury, do hereby find for the Defendant Chrysler Insurance

_____     _____

_____     _____

_____     _____

_____     _____

_____     _____

_____