UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| ELECTRIC INSURANCE COMPANY, et al. | : | CASE NO. C-1-00-1056 |
| | : | JUDGE WILLIAM O. BERTELSMAN |
| Plaintiffs | : | |
| vs. | : | |
| PHYLLIS H. WALLACE, EXECUTRIX OF THE ESTATE OF CHRISTOPHER S. WALLACE, et al. | : | |
| | : | |
| Defendants. | | |

## DEFENDANT WALLACE'S EXHIBIT LIST

Exhibit 1   Accident Report number 13-692-13 and attached statements of witnesses

Exhibit 2   Photographs of scene of collision taken by Ohio State Highway Patrol on April 16, 1999.

Exhibit 3   Autopsy including toxicology report

Exhibit 4   Death certificate

Exhibit 5   Initial Report of Michael L. Brookshire, Ph.D., economist

Exhibit 6   Supplement of Dr. Michael L. Brookshire, forensic economist

Exhibit 7   Various photographs of Christopher Wallace throughout his lifetime, certificates relating to education, statements from General Electric supervisors, certificates obtained at General Electric.

Exhibit 8   1996 to 1999 Income Tax Returns

Exhibit 9   General Electric Payroll Summary period ending 04/04/99.

Exhibit 10  Funeral Bill

Respectfully submitted,

_____
Edwin L. Hoseus, Jr.            (#0008562)
Attorney for Defendant Phyllis Wallace
Executrix of the Estate of Christopher S. Wallace
741 Milford Hills Drive
Milford, Ohio  45150
(513) 248-0317

_____
Carl W. Zugelter            (#0007865)
Attorney for Defendant Phyllis Wallace,
Executrix of the Estate of Christopher S. Wallace
1285 W. Ohio Pike
Amelia, Ohio  45102
(513) 752-2338
(513) 752-2234 fax

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon Brian A. Meeker, Attorney for Defendant Chrysler Insurance Co. via e-mail this ___ day of May, 2005.

_____
Carl W. Zugelter            (#0007865)
Attorney for Defendant Phyllis Wallace,
Executrix of the Estate of Christopher S. Wallace