UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| ELECTRIC INSURANCE COMPANY, et al. | : | CASE NO. C-1-00-1056 |
| Plaintiffs | : | JUDGE WILLIAM O. BERTELSMAN |
| | : | |
| vs. | : | |
| | : | |
| PHYLLIS H. WALLACE, EXECUTRIX OF THE ESTATE OF CHRISTOPHER S. WALLACE, et al. | : | |
| | : | |
| Defendants. | | |

### DEFENDANT WALLACE'S LIST OF LAY AND EXPERT WITNESSES

EXPERT WITNESSES

1.  Michael L. Brookshire, Ph. D.
    P.O. Box 8319
    Lexington, KY  40533-8319

    It is anticipated that Dr. Brookshire will testify concerning the present value of the lost earning capacity of Christopher Wallace.  Dr. Brookshire has provided a report dated April 28, 2000 marked as Defendant Wallace's Exhibit 5 and a supplement to the report dated March 31, 2005 and marked as Defendant Wallace's Exhibit 6.  It is anticipated that his testimony will conform to the evidence and conclusions as set out in the first report and modified by the second.

2.  Trooper M.S. Johnson
    Ohio State Highway Patrol
    1000 Hospital Drive
    Batavia, Ohio  45103

3.  Trooper J.T. Landis
    Ohio State Highway Patrol
    9971 Cincinnati-Dayton Road
    Westchester, OH  45069


    Trooper Johnson and Trooper Landis investigated the collision of April 16, 1999 wherein Christopher Wallace died.  It is anticipated that they will testify as to the facts set out in

the Ohio Traffic Crash Report number 13-692-13 marked as Defendant Wallace's Exhibit 1 and the photographs of the scene marked as Defendant Wallace's Exhibit 2.

It is anticipated that one or both will testify as to the markings on the roadway and at the scene of the collision, the distance the vehicle traveled after leaving the roadway, the damage to the vehicle and the manner in which it was induced, the speed of the vehicle at or near the time it left the roadway and the reason or reasons that the vehicle left the roadway. To the extent that either of these officers took statements from the witnesses and it is necessary to qualify these statements it is anticipated that the officers will qualify these statements.

It is anticipated that these officers will testify as to the state of intoxication of Brian Downing at the scene of the collision and subsequent thereto.

## LAY WITNESSES

1.  Melanie Hoffer
    59 Pheasant Run
    Amelia, Ohio 45102

    Melanie Hoffer was a passenger in the vehicle at the time of the collision. It is anticipated that she will testify concerning the activities of Brian Downing, Christopher Wallace and herself on the evening in question and the operation of the motor vehicle by Brian Downing immediately before and during the collision.

2.  Brian A. Downing
    Address – Will Supplement

    It is anticipated that Brian A. Downing will testify concerning his activities on the evening in question and his operation of the motor vehicle on the evening in question.

3.  Kimberly Ashba
    2036 Cameron Crossing Drive
    Loveland, Ohio 45140

    Kimberly Ashba is Christopher Wallace's ex-wife and the mother of his children Amber and Shawna Wallace. It is anticipated that she will testify concerning the support received from defendant's decedent and his relationship with his daughters both prior to and after their divorce.

4.  Phyllis Wallace
    826 State Route 131 #115
    Milford, Ohio 45150

Phyllis Wallace is decedent's mother. It is anticipated that she will testify concerning her relationship with her son and her granddaughter's relationship with her son. She will testify concerning his work and saving habits and his relationship with his family members.

4. Shawna Wallace
   2036 Cameron Crossing Drive
   Loveland, Ohio 45140

5. Amber Wallace
   Currently a resident of Florida – she can be reached through her mother,
   Kimberly Ashba's address

   These are the daughters of Christopher Wallace. It is anticipated that they will testify concerning all elements of the loss of society of the decedent including their relationship with him and the mental anguish that they underwent subsequent to his death.

5. Mark Wallace
   4967 Barnstable Court
   Cincinnati, Ohio 45244

   Christopher's older brother

6. Kevin Wallace
   St. Rt. 133
   Batavia, Ohio 45103

   Christopher's younger brother

7. Julia Lockaby
   6259 Deerhaven Lane
   Loveland, Ohio 45140

   Christopher's sister

   It is anticipated that Mark Wallace, Kevin Wallace and Julia Lockaby will testify concerning all of the elements of the loss of society of the decedent, the services that decedent performed for his beneficiaries and the mental anguish caused by his death.

Respectfully submitted,

| | |
|---|---|
| Edwin L. Hoseus, Jr.          (#0008562)<br>Attorney for Defendant Phyllis Wallace<br>Executrix of the Estate of Christopher S. Wallace<br>741 Milford Hills Drive<br>Milford, Ohio 45150<br>(513) 248-0317 | Carl W. Zugelter          (#0007865)<br>Attorney for Defendant Phyllis Wallace,<br>Executrix of the Estate of Christopher S. Wallace<br>1285 W. Ohio Pike<br>Amelia, Ohio 45102<br>(513) 752-2338<br>(513) 752-2234 fax |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon Brian A. Meeker, Attorney for Defendant Chrysler Insurance Co. via e-mail this ___ day of May, 2005.

Carl W. Zugelter          (#0007865)
Attorney for Defendant Phyllis Wallace,
Executrix of the Estate of Christopher S. Wallace