# Affidavit of Process Server

United States District Court, Southern District of Ohio Case NO. C-1-00-1056
Name of Court

Phyllis H. Wallace, Executrix of Estate of Christopher S. Wallace vs. Melanie L Hoffer

I declare that I am a citizen of the United States, over the age of eighteen and not a party to this action. And that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I served     Melanie Hoffer

Name of Person / Entity Served

With the documents

By serving          Posting on Front Door
                    Name                         Relationship

At [XX] Home      2061 STATE ROUTE 125 LOT 59 AMELIA OH 45102-2076
[ ] Business

04/20/2005          7:30 am
   Date              Time

Thereafter copies of the documents were mailed by prepaid, first class mail on
                                                                                Date
From
       City          State

**Manner of Service:**
[ ] By personally delivering copies to the person / authorized agent of entity being served.
[ ] By leaving, during office hours, copies at the office of the person / entity being served, leaving same with the person apparently in charge thereof.
[ ] By leaving copies at the dwelling house or usual place of abode of the person being served, with a member of the household 18 years or older and explaining the general nature of the papers.
[XX] By posting copies in a conspicuous manner to the address of the person / entity being served.

Non-Service: After due search, careful inquiry and diligent attempts at the address (es) listed above, I have been unable to effect process upon the person / entity being served because of the following reasons:

[ ] Unknown at Address   [ ] Evading   [ ] Moved, Left no Forwarding Address   [ ] Address does not exist  [ ] Service Cancelled
[ ] Unable to Serve in a Timely Fashioned   [ ] Other (Reason): No one would answer the door

**Service Attempts:** Service was attempted on 04/04/2005, 04/06/2005, 04/08/2005, 04/09/2005, 04/12/2005, 04/16/2005, and 04/20/2005.

**Description:** Age   Sex:   Race:   Hgt:   Wt:   Hair:   Glasses:

I declare under penalty of perjury that the information contained herein is true and correct and this affidavit was executed on

5-5-2005  at  HAMILTON , OH
  Date         City           State

_____
Signature of Process Server

State of  Ohio
County of  Butler

Subscribed and sworn before me, a notary public, this 5th day of MAY 2005

N. DALE DORNING
Notary Public To
In and for the State of Ohio
My Commission Expires
Jan. 30, 2008
Precision Investigations & Consulting
8016 Princeton-Glendale Rd., #260
West Chester, Ohio 45069
888-246-4927 / 513-867-0560 (Fax)

_____
Notary Public

MAY 9 - 2005