UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

ELECTRIC INSURANCE COMPANY, : CASE NO. C-1-00-1056
et al. : JUDGE WILLIAM O. BERTELSMAN
      Plaintiffs
:

vs.
:

PHYLLIS H. WALLACE, EXECUTRIX
OF THE ESTATE OF :
CHRISTOPHER S. WALLACE, et al.
:
      Defendants.

### DEFENDANT WALLACE'S AMENDED LIST OF LAY AND EXPERT WITNESSES

    Now comes defendant Phyllis Wallace and hereby amends the list of lay and expert witnesses to include the following witnesses:

1.     Sergeant Gentry
    Ohio State Highway Patrol
    Wilmington Branch

2.     Sergeant Scales
    Ohio State Highway Patrol
    Post 13
    Batavia, Ohio

    Sergeant Scales and Gentry were Ohio State Highway Patrol officers assisting in the investigation of the crash of April 6, 1999. They prepared measurements, diagrams and performed equipment checks of the vehicles. It is anticipated that they will testify in the same manner as Troopers Johnson and Landis who have previously been listed by defendant Wallace.

_____  _____
Edwin L. Hoseus, Jr.   (#0008562)   Carl W. Zugelter   (#0007865)
Attorney for Defendant Phyllis Wallace   Attorney for Defendant Phyllis Wallace,
Executrix of the Estate of Christopher S. Wallace   Executrix of the Estate of Christopher S. Wallace
741 Milford Hills Drive   1285 W. Ohio Pike
Milford, Ohio 45150   Amelia, Ohio 45102
(513) 248-0317   (513) 752-2338
    (513) 752-2234 fax

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing has been served upon Brian A. Meeker, Attorney for Defendant Chrysler Insurance Co. via e-mail this ____ day of May, 2005.

                                                                         _____

                                                    Carl W. Zugelter       (#0007865)
                                                    Attorney for Defendant Phyllis Wallace,
                                                    Executrix of the Estate of Christopher S. Wallace