# Affidavit of Process Server

United States District Court, Southern District of Ohio Case NO. C-1-00-1056
Name of Court

Phyllis H. Wallace, Executrix of Estate of Christopher S. Wallace vs. Melanie L Hoffer

I declare that I am a citizen of the United States, over the age of eighteen and not a party to this action. And that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I served   Non-Service- See Below

Name of Person / Entity Served

With the documents

By serving
      Name                Relationship

At [ ] Home   [ ] Business

    Date            Time

Thereafter copies of the documents were mailed by prepaid, first class mail on
                                          Date
From
  City      State

**Manner of Service:**
[ ] By personally delivering copies to the person / authorized agent of entity being served.
[ ] By leaving, during office hours, copies at the office of the person / entity being served, leaving same with the person apparently in charge thereof.
[ ] By leaving copies at the dwelling house or usual place of abode of the person being served, with a member of the household 18 years or older and explaining the general nature of the papers.
[ ] By posting copies in a conspicuous manner to the address of the person / entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address (es) listed above, I have been unable to effect process upon the person / entity being served because of the following reasons:

[ ] Unknown at Address   [ ] Evading   [ ] Moved, Left no Forwarding Address   [ ] Address does not exist [ ] Service Cancelled
[ ] Unable to Serve in a Timely Fashioned   [XX] Other (Reason): No one would answer the door

**Service Attempts:** Service was attempted on 04/04/2005, 04/06/2005, 04/08/2005, 04/09/2005, 04/12/2005, 04/16/2005, and 04/20/2005.

**Description:** Age   Sex:   Race:   Hgt:   Wt:   Hair:   Glasses:

I declare under penalty of perjury that the information contained herein is true and correct and this affidavit was executed on

4-26-05   at  Hamilton , Oh
Date         City           State

_____
Signature of Process Server

State of Ohio
County of Butler

Subscribed and sworn before me, a notary public, this 26th day of April 2005

Witness My Hand and Official Seal To

N. DALE DORNING
Notary Public
In and for the State of Ohio
My Commission Expires
Jan. 30, 200?

Precision Investigations & Consulting
8216 Princeton-Glendale Rd., #260
West Chester, Ohio 45069
888-246-4927 / 513-867-0560 (Fax)

MAY 2 - 2005