UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| ELECTRIC INSURANCE COMPANY, ET AL. | ) ) ) | CASE NO.  C-1-00-1056 |
| | ) | JUDGE WILLIAM O. BERTELSMAN |
| Plaintiffs, | ) ) | |
| | ) | **DEFENDANT CHRYSLER INS. CO.'S** |
| v. | ) | **WITNESS AND EXHIBIT LISTS** |
| | ) | |
| PHYLLIS H. WALLACE, EXECUTRIX OF THE ESTATE OF CHRISTOPHER S. WALLACE, ET AL. | ) ) ) ) | |
| Defendants. | ) | |

Now comes Defendant Chrysler Insurance, by and through counsel, and submits the following exhibit and witness lists as required by the court's pretrial order:

**I. Witnesses:**

(A) Michael Brookshire and/or George Barrett (forensic economists retained by the estate of Wallace);

(B) Phyllis Wallace (decedent's mother and estate representative – expected to testify regarding damages issues);

(C) Kimberly Ashba (decedent's ex-wife and mother of decedent's daughters – expected to testify regarding damages issues);

(D) Brian Downey (tortfeasor driver in subject motor vehicle accident – expected to testify regarding facts of accident and preceding events);

(E) Melanie Hoffer (passenger in Downey/Wallace vehicle – expected to testify regarding facts of accident and preceding events);

(F) All witnesses identified by the Estate of Wallace; and

(G) Will supplement if necessary.

**II. Exhibits:**

    (A)    Rental agreement between Christopher Wallace and Mike Castrucci Ford Sales, Inc.;

    (B)    Insurance policy between Chrysler Insurance and Mike Castrucci Ford Sales, Inc.;

    (C)    Police accident report;

    (D)    Coroner's post-mortem report;

    (E)    Documents referred to in Brookshire and Barrett's reports of April 28, 2000 and March 31, 2005, including wage and fringe benefit documentation;

    (F)    Probate court records produced by the Estate of Wallace;

    (G)    Documents produced pursuant to the notice of deposition duces tecum to Phyllis Wallace;

    (H)    Stipulations of the parties (Nov 2001);

    (I)    Stipulation regarding rental agreement (Nov 2002);

    (J)    Exhibits identified by the Estate of Wallace; and

    (K)    Will supplement if necessary.

Respectfully submitted,

/s/ Brian A. Meeker_____
Brian A. Meeker  (0063543)
Clifford C. Masch (0015737)
REMINGER & REMINGER CO., L.P.A.
1400 Midland Building
101 Prospect Avenue West
Cleveland, Ohio 44115-1093
*Attorneys for Defendant*
*Chrysler Insurance Company*

## *CERTIFICATE OF SERVICE*

The foregoing Witness and Exhibit List was filed via the court's ECF/Pacer system, with service copies provided automatically to all counsel of record.

/s/ Brian A. Meeker
BRIAN A. MEEKER    (0063543)