UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| ELECTRIC INSURANCE COMPANY, et al. | : | CASE NO. C-1-00-1056 |
| | : | JUDGE WILLIAM O. BERTELSMAN |
| Plaintiffs | : | |
| vs. | : | |
| PHYLLIS H. WALLACE, EXECUTRIX OF THE ESTATE OF CHRISTOPHER S. WALLACE, et al. | : | |
| Defendants. | : | |

**NOTICE OF FILING OF EXPERT WITNESS REPORT**

Now comes Defendant, Phyllis H. Wallace and hereby gives notice of the filing of the expert witness report in the above matter. A copy of said report has previously been provided to defendant Chrysler Insurance.

_____          _____
Edwin L. Hoseus, Jr.         (#0008562)    Carl W. Zugelter         (#0007865)
Attorney for Defendant Phyllis Wallace     Attorney for Defendant Phyllis Wallace,
Executrix of the Estate of Christopher S. Wallace   Executrix of the Estate of Christopher S. Wallace
741 Milford Hills Drive                    1285 W. Ohio Pike
Milford, Ohio  45150                       Amelia, Ohio  45102
(513) 248-0317                             (513) 752-2338
                                           (513) 752-2234 fax

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing has been served upon Brian A. Meeker, Attorney for Defendant Chrysler Insurance Co. via e-mail this 27th day of May, 2005.

                                          _____
                                          Carl W. Zugelter        (#0007865)
                                          Attorney for Defendant Phyllis Wallace,
                                          Executrix of the Estate of Christopher S. Wallace