EXHIBIT

tables 5

IN THE CASE OF


CHRISTOPHER WALLACE


ANALYSIS OF

PRESENT VALUE OF LOST EARNING CAPACITY


CERTIFICATION

We hereby certify that we have no interest, present or contemplated, in the above matter and that neither the employment to make the appraisal nor the compensation are contingent on the amount of the appraisal.

We certify that according to our belief and knowledge, all statements and information in the report are true and correct, subject to the underlying assumptions. We further certify that we adhere to the tenets of ethical behavior outlined in the National Association of Forensic Economics "Statement of Ethical Principles."


_____
Michael L. Brookshire, Ph.D.
Forensic Economist
April 28, 2000

_____
George A. Barrett, MBA
Forensic Economist
April 28, 2000

TABLE OF CONTENTS

Case Narrative . . . . . . . . . . . . . . . . . . . . . . .    i


                                                              TABLE

Present Value of Earning Capacity with Continuous Employment
Less Personal Maintenance  . . . . . . . . . . . . . . . .    9

Present Value of Earning Capacity with Work-Life Adjustments
Less Personal Consumption  . . . . . . . . . . . . . . .    18


Present Value of Earning Capacity with Continuous Employment
Less Personal Maintenance  . . . . . . . . . . . . . . . .    27

Present Value of Earning Capacity with Work-Life Adjustments
Less Personal Consumption  . . . . . . . . . . . . . . .    36

Summary  . . . . . . . . . . . . . . . . . . . . . . . .    37

                                                           APPENDIX

Real Wage Growth Trend. . . . . . . . . . . . . . . . .    I

Inflation Graph . . . . . . . . . . . . . . . . . . . .    II

Actual Compensation/Actual Interest/Inflation Graph . . . .  III

Real Compensation/Real Interest Graph . . . . . . . . . .   IV

Book Illustration of Hand-Drawn Graph . . . . . . . . . .   V

This analysis of lost earning capacity is based upon the statistics in Tables 1-37 and upon the following facts and assumptions.

1.    Christopher Wallace was a white male who was born on July 24, 1962 and who died on April 17, 1999.  Mr. Wallace was a high school graduate.

2.    At the time of his death, Mr. Wallace was employed by G.E. Engine Services as a manufacturing machinist.  His lost earning capacity is based upon his 1997 earnings, or $46,810 in 1997 dollars.

3.    Employer contributions to fringe benefits, such as social security, pension, and health and welfare plans, range from 27.34 to 29.24 percent of wages.  These percentages are based upon actual employer contributions and national statistics from an annual survey by the U. S. Chamber of Commerce.

4.    The impact of inflation on wages and on interest rates is offsetting; the present value of lost earning capacity can be found by computing "real" increases in wages and by discounting to present value using the "real" rate of interest.  The net discount rate for these calculations is 2.22 percent annually (see Appendix I).

5.    "Earning capacity with work-life adjustments" can be found either by computing the earning capacity each year and ending estimates at "work-life" expectancy or by reducing the earning capacity estimate for each year by a factor that considers life expectancy rates (L), work-force participation

i

rates (P), and employment rates (E). In this analysis the latter has been emphasized, and therefore cumulative loss columns in calculation tables become irrelevant. Losses are projected through life expectancy, but U. S. government data are already being used at every age to reduce for probabilities of death, retirement, disability, and unemployment.

6.    Personal maintenance expenditures of Mr. Wallace are based upon 1997 U. S. Department of Labor Consumer Expenditure Survey data for poverty maintenance-level expenditures.

7.    Personal consumption expenditures of Mr. Wallace are based upon 1997 U. S. Department of Labor Consumer Expenditure Survey data for consumption-level expenditures.

Based upon these facts and assumptions, the present value of lost earning capacity with continuous employment and personal maintenance deductions is $1,598,708 (Table 9). The present value of lost earning capacity with continuous employment and personal consumption deductions is $694,556 (Table 18).

The present value of lost earning capacity with adjustments for work-life expectancy and personal maintenance deductions is $1,020,960 (Table 27). The present value of lost earning capacity with adjustments for work-life expectancy and personal consumption deductions is $453,323 (Table 36).

These projections are summarized in Table 37.

ii

TABLE 9

SUMMARY OF THE PRESENT VALUE OF LOST EARNING CAPACITY
WITH CONTINUOUS EMPLOYMENT
1999 - 2038

| YEAR | AGE | WAGES | FRINGE BENEFITS | PERSONAL MAINTENANCE | TOTAL | CUMULATIVE |
|------|-----|-------|-----------------|----------------------|-------|------------|
| 1999 | 37 | $33,123 | $9,056 | -$5,917 | $36,262 | $36,262 |
| 2000 | 38 | 53,328 | 14,580 | -8,623 | 59,285 | 95,547 |
| 2001 | 39 | 52,176 | 14,265 | -8,437 | 58,004 | 153,551 |
| 2002 | 40 | 51,050 | 13,957 | -8,255 | 56,752 | 210,303 |
| 2003 | 41 | 49,947 | 13,656 | -8,077 | 55,526 | 265,829 |
| 2004 | 42 | 48,869 | 13,361 | -7,903 | 54,327 | 320,156 |
| 2005 | 43 | 47,813 | 13,072 | -7,732 | 53,153 | 373,309 |
| 2006 | 44 | 46,781 | 12,790 | -7,565 | 52,006 | 425,315 |
| 2007 | 45 | 45,771 | 12,513 | -7,402 | 50,882 | 476,197 |
| 2008 | 46 | 44,782 | 12,243 | -7,242 | 49,783 | 525,980 |
| 2009 | 47 | 43,816 | 11,980 | -7,086 | 48,710 | 574,690 |
| 2010 | 48 | 42,870 | 11,721 | -6,933 | 47,658 | 622,348 |
| 2011 | 49 | 41,945 | 11,468 | -6,784 | 46,629 | 668,977 |
| 2012 | 50 | 41,039 | 11,220 | -6,637 | 45,622 | 714,599 |
| 2013 | 51 | 40,153 | 10,978 | -6,494 | 44,637 | 759,236 |
| 2014 | 52 | 39,286 | 10,741 | -6,354 | 43,673 | 802,909 |
| 2015 | 53 | 38,438 | 10,509 | -6,216 | 42,731 | 845,640 |
| 2016 | 54 | 37,608 | 10,282 | -6,083 | 41,807 | 887,447 |
| 2017 | 55 | 36,797 | 10,061 | -5,951 | 40,907 | 928,354 |
| 2018 | 56 | 36,002 | 9,843 | -5,822 | 40,023 | 968,377 |
| 2019 | 57 | 35,225 | 9,630 | -5,697 | 39,158 | 1,007,535 |
| 2020 | 58 | 34,464 | 9,422 | -5,574 | 38,312 | 1,045,847 |
| 2021 | 59 | 33,720 | 9,219 | -5,453 | 37,486 | 1,083,333 |
| 2022 | 60 | 32,993 | 9,020 | -5,336 | 36,677 | 1,120,010 |
| 2023 | 61 | 32,280 | 8,825 | -5,220 | 35,885 | 1,155,895 |
| 2024 | 62 | 31,583 | 8,635 | -5,108 | 35,110 | 1,191,005 |
| 2025 | 63 | 30,901 | 8,448 | -4,998 | 34,351 | 1,225,356 |
| 2026 | 64 | 30,234 | 8,266 | -4,890 | 33,610 | 1,258,966 |
| 2027 | 65 | 29,581 | 8,087 | -4,784 | 32,884 | 1,291,850 |
| 2028 | 66 | 28,943 | 7,913 | -4,681 | 32,175 | 1,324,025 |
| 2029 | 67 | 28,318 | 7,742 | -4,580 | 31,480 | 1,355,505 |
| 2030 | 68 | 27,707 | 7,575 | -4,481 | 30,801 | 1,386,306 |
| 2031 | 69 | 27,108 | 7,411 | -4,384 | 30,135 | 1,416,441 |
| 2032 | 70 | 26,523 | 7,252 | -4,290 | 29,485 | 1,445,926 |
| 2033 | 71 | 25,951 | 7,095 | -4,197 | 28,849 | 1,474,775 |
| 2034 | 72 | 25,390 | 6,942 | -4,107 | 28,225 | 1,503,000 |
| 2035 | 73 | 24,843 | 6,792 | -4,018 | 27,617 | 1,530,617 |
| 2036 | 74 | 24,306 | 6,645 | -3,931 | 27,020 | 1,557,637 |
| 2037 | 75 | 23,781 | 6,502 | -3,846 | 26,437 | 1,584,074 |
| 2038 | 76 | 13,164 | 3,599 | -2,129 | 14,634 | $1,598,708 |

C. WALLACE     $1,438,609     $393,316     -$233,217     $1,598,708

TABLE 18

SUMMARY OF THE PRESENT VALUE OF LOST EARNING CAPACITY
WITH CONTINUOUS EMPLOYMENT
1999 - 2038

| YEAR | AGE | WAGES | FRINGE BENEFITS | PERSONAL CONSUMPTION | TOTAL | CUMULATIVE |
|------|-----|-------|-----------------|----------------------|-------|------------|
| 1999 | 37 | $33,123 | $9,056 | -$26,187 | $15,992 | $15,992 |
| 2000 | 38 | 53,328 | 14,580 | -42,161 | 25,747 | 41,739 |
| 2001 | 39 | 52,176 | 14,265 | -41,251 | 25,190 | 66,929 |
| 2002 | 40 | 51,050 | 13,957 | -40,360 | 24,647 | 91,576 |
| 2003 | 41 | 49,947 | 13,656 | -39,489 | 24,114 | 115,690 |
| 2004 | 42 | 48,869 | 13,361 | -38,635 | 23,595 | 139,285 |
| 2005 | 43 | 47,813 | 13,072 | -37,802 | 23,083 | 162,368 |
| 2006 | 44 | 46,781 | 12,790 | -36,986 | 22,585 | 184,953 |
| 2007 | 45 | 45,771 | 12,513 | -36,186 | 22,098 | 207,051 |
| 2008 | 46 | 44,782 | 12,243 | -35,405 | 21,620 | 228,671 |
| 2009 | 47 | 43,816 | 11,980 | -34,641 | 21,155 | 249,826 |
| 2010 | 48 | 42,870 | 11,721 | -33,893 | 20,698 | 270,524 |
| 2011 | 49 | 41,945 | 11,468 | -33,162 | 20,251 | 290,775 |
| 2012 | 50 | 41,039 | 11,220 | -32,446 | 19,813 | 310,588 |
| 2013 | 51 | 40,153 | 10,978 | -31,745 | 19,386 | 329,974 |
| 2014 | 52 | 39,286 | 10,741 | -31,060 | 18,967 | 348,941 |
| 2015 | 53 | 38,438 | 10,509 | -30,389 | 18,558 | 367,499 |
| 2016 | 54 | 37,608 | 10,282 | -29,733 | 18,157 | 385,656 |
| 2017 | 55 | 36,797 | 10,061 | -29,091 | 17,767 | 403,423 |
| 2018 | 56 | 36,002 | 9,843 | -28,464 | 17,381 | 420,804 |
| 2019 | 57 | 35,225 | 9,630 | -27,849 | 17,006 | 437,810 |
| 2020 | 58 | 34,464 | 9,422 | -27,247 | 16,639 | 454,449 |
| 2021 | 59 | 33,720 | 9,219 | -26,659 | 16,280 | 470,729 |
| 2022 | 60 | 32,993 | 9,020 | -26,084 | 15,929 | 486,658 |
| 2023 | 61 | 32,280 | 8,825 | -25,521 | 15,584 | 502,242 |
| 2024 | 62 | 31,583 | 8,635 | -24,970 | 15,248 | 517,490 |
| 2025 | 63 | 30,901 | 8,448 | -24,431 | 14,918 | 532,408 |
| 2026 | 64 | 30,234 | 8,266 | -23,903 | 14,597 | 547,005 |
| 2027 | 65 | 29,581 | 8,087 | -23,387 | 14,281 | 561,286 |
| 2028 | 66 | 28,943 | 7,913 | -22,882 | 13,974 | 575,260 |
| 2029 | 67 | 28,318 | 7,742 | -22,388 | 13,672 | 588,932 |
| 2030 | 68 | 27,707 | 7,575 | -21,905 | 13,377 | 602,309 |
| 2031 | 69 | 27,108 | 7,411 | -21,432 | 13,087 | 615,396 |
| 2032 | 70 | 26,523 | 7,252 | -20,969 | 12,806 | 628,202 |
| 2033 | 71 | 25,951 | 7,095 | -20,517 | 12,529 | 640,731 |
| 2034 | 72 | 25,390 | 6,942 | -20,073 | 12,259 | 652,990 |
| 2035 | 73 | 24,843 | 6,792 | -19,641 | 11,994 | 664,984 |
| 2036 | 74 | 24,306 | 6,645 | -19,216 | 11,735 | 676,719 |
| 2037 | 75 | 23,781 | 6,502 | -18,802 | 11,481 | 688,200 |
| 2038 | 76 | 13,164 | 3,599 | -10,407 | 6,356 | $694,556 |
| C. WALLACE | | $1,438,609 | $393,316 | -$1,137,369 | $694,556 | |

TABLE 27

SUMMARY OF THE PRESENT VALUE OF LOST EARNING CAPACITY
WITH WORK-LIFE ADJUSTMENTS
1999 - 2038

| YEAR | AGE | WAGES | FRINGE BENEFITS | PERSONAL MAINTENANCE | TOTAL | CUMULATIVE |
|------|-----|-------|-----------------|----------------------|-------|------------|
| 1999 | 37 | $29,002 | $8,480 | -$5,181 | $32,301 | $32,301 |
| 2000 | 38 | 46,598 | 13,625 | -7,534 | 52,689 | 84,990 |
| 2001 | 39 | 45,477 | 13,297 | -7,354 | 51,420 | 136,410 |
| 2002 | 40 | 44,378 | 12,976 | -7,176 | 50,178 | 186,588 |
| 2003 | 41 | 43,294 | 12,660 | -7,001 | 48,953 | 235,541 |
| 2004 | 42 | 42,237 | 12,351 | -6,831 | 47,757 | 283,298 |
| 2005 | 43 | 41,200 | 12,047 | -6,663 | 46,584 | 329,882 |
| 2006 | 44 | 40,180 | 11,749 | -6,498 | 45,431 | 375,313 |
| 2007 | 45 | 38,448 | 11,243 | -6,218 | 43,473 | 418,786 |
| 2008 | 46 | 36,569 | 10,693 | -5,914 | 41,348 | 460,134 |
| 2009 | 47 | 35,644 | 10,423 | -5,764 | 40,303 | 500,437 |
| 2010 | 48 | 34,733 | 10,156 | -5,617 | 39,272 | 539,709 |
| 2011 | 49 | 33,837 | 9,893 | -5,473 | 38,257 | 577,966 |
| 2012 | 50 | 32,950 | 9,635 | -5,329 | 37,256 | 615,222 |
| 2013 | 51 | 32,070 | 9,378 | -5,187 | 36,261 | 651,483 |
| 2014 | 52 | 31,201 | 9,123 | -5,046 | 35,278 | 686,761 |
| 2015 | 53 | 30,339 | 8,871 | -4,906 | 34,304 | 721,065 |
| 2016 | 54 | 29,485 | 8,622 | -4,769 | 33,338 | 754,403 |
| 2017 | 55 | 25,666 | 7,504 | -4,151 | 29,019 | 783,422 |
| 2018 | 56 | 21,248 | 6,213 | -3,436 | 24,025 | 807,447 |
| 2019 | 57 | 20,607 | 6,026 | -3,333 | 23,300 | 830,747 |
| 2020 | 58 | 19,972 | 5,840 | -3,230 | 22,582 | 853,329 |
| 2021 | 59 | 19,338 | 5,655 | -3,127 | 21,866 | 875,195 |
| 2022 | 60 | 18,704 | 5,469 | -3,025 | 21,148 | 896,343 |
| 2023 | 61 | 18,074 | 5,285 | -2,923 | 20,436 | 916,779 |
| 2024 | 62 | 17,446 | 5,101 | -2,822 | 19,725 | 936,504 |
| 2025 | 63 | 16,826 | 4,920 | -2,721 | 19,025 | 955,529 |
| 2026 | 64 | 16,205 | 4,739 | -2,621 | 18,323 | 973,852 |
| 2027 | 65 | 10,413 | 3,044 | -1,684 | 11,773 | 985,625 |
| 2028 | 66 | 3,615 | 1,057 | -585 | 4,087 | 989,712 |
| 2029 | 67 | 3,469 | 1,014 | -561 | 3,922 | 993,634 |
| 2030 | 68 | 3,328 | 973 | -538 | 3,763 | 997,397 |
| 2031 | 69 | 3,188 | 932 | -516 | 3,604 | 1,001,001 |
| 2032 | 70 | 3,050 | 892 | -493 | 3,449 | 1,004,450 |
| 2033 | 71 | 2,914 | 852 | -471 | 3,295 | 1,007,745 |
| 2034 | 72 | 2,783 | 814 | -450 | 3,147 | 1,010,892 |
| 2035 | 73 | 2,656 | 777 | -430 | 3,003 | 1,013,895 |
| 2036 | 74 | 2,530 | 740 | -409 | 2,861 | 1,016,756 |
| 2037 | 75 | 2,407 | 704 | -389 | 2,722 | 1,019,478 |
| 2038 | 76 | 1,311 | 383 | -212 | 1,482 | $1,020,960 |
| C. WALLACE | | $903,392 | $264,156 | -$146,588 | $1,020,960 | |

TABLE 36

SUMMARY OF THE PRESENT VALUE OF LOST EARNING CAPACITY
WITH WORK-LIFE ADJUSTMENTS
1999 - 2038

| YEAR | AGE | WAGES | FRINGE BENEFITS | PERSONAL CONSUMPTION | TOTAL | CUMULATIVE |
|------|-----|-------|-----------------|----------------------|-------|------------|
| **** | *** | ******** | ******** | *********** | ******** | ********** |
| 1999 | 37 | $29,002 | $8,480 | -$22,929 | $14,553 | $14,553 |
| 2000 | 38 | 46,598 | 13,625 | -36,840 | 23,383 | 37,936 |
| 2001 | 39 | 45,477 | 13,297 | -35,954 | 22,820 | 60,756 |
| 2002 | 40 | 44,378 | 12,976 | -35,085 | 22,269 | 83,025 |
| 2003 | 41 | 43,294 | 12,660 | -34,229 | 21,725 | 104,750 |
| 2004 | 42 | 42,237 | 12,351 | -33,392 | 21,196 | 125,946 |
| 2005 | 43 | 41,200 | 12,047 | -32,574 | 20,673 | 146,619 |
| 2006 | 44 | 40,180 | 11,749 | -31,767 | 20,162 | 166,781 |
| 2007 | 45 | 38,448 | 11,243 | -30,396 | 19,295 | 186,076 |
| 2008 | 46 | 36,569 | 10,693 | -28,912 | 18,350 | 204,426 |
| 2009 | 47 | 35,644 | 10,423 | -28,180 | 17,887 | 222,313 |
| 2010 | 48 | 34,733 | 10,156 | -27,460 | 17,429 | 239,742 |
| 2011 | 49 | 33,837 | 9,893 | -26,752 | 16,978 | 256,720 |
| 2012 | 50 | 32,950 | 9,635 | -26,051 | 16,534 | 273,254 |
| 2013 | 51 | 32,070 | 9,378 | -25,355 | 16,093 | 289,347 |
| 2014 | 52 | 31,201 | 9,123 | -24,668 | 15,656 | 305,003 |
| 2015 | 53 | 30,339 | 8,871 | -23,986 | 15,224 | 320,227 |
| 2016 | 54 | 29,485 | 8,622 | -23,311 | 14,796 | 335,023 |
| 2017 | 55 | 25,666 | 7,504 | -20,291 | 12,879 | 347,902 |
| 2018 | 56 | 21,248 | 6,213 | -16,799 | 10,662 | 358,564 |
| 2019 | 57 | 20,607 | 6,026 | -16,292 | 10,341 | 368,905 |
| 2020 | 58 | 19,972 | 5,840 | -15,790 | 10,022 | 378,927 |
| 2021 | 59 | 19,338 | 5,655 | -15,289 | 9,704 | 388,631 |
| 2022 | 60 | 18,704 | 5,469 | -14,787 | 9,386 | 398,017 |
| 2023 | 61 | 18,074 | 5,285 | -14,289 | 9,070 | 407,087 |
| 2024 | 62 | 17,446 | 5,101 | -13,793 | 8,754 | 415,841 |
| 2025 | 63 | 16,826 | 4,920 | -13,303 | 8,443 | 424,284 |
| 2026 | 64 | 16,205 | 4,739 | -12,812 | 8,132 | 432,416 |
| 2027 | 65 | 10,413 | 3,044 | -8,232 | 5,225 | 437,641 |
| 2028 | 66 | 3,615 | 1,057 | -2,858 | 1,814 | 439,455 |
| 2029 | 67 | 3,469 | 1,014 | -2,743 | 1,740 | 441,195 |
| 2030 | 68 | 3,328 | 973 | -2,631 | 1,670 | 442,865 |
| 2031 | 69 | 3,188 | 932 | -2,520 | 1,600 | 444,465 |
| 2032 | 70 | 3,050 | 892 | -2,411 | 1,531 | 445,996 |
| 2033 | 71 | 2,914 | 852 | -2,304 | 1,462 | 447,458 |
| 2034 | 72 | 2,783 | 814 | -2,200 | 1,397 | 448,855 |
| 2035 | 73 | 2,656 | 777 | -2,100 | 1,333 | 450,188 |
| 2036 | 74 | 2,530 | 740 | -2,000 | 1,270 | 451,458 |
| 2037 | 75 | 2,407 | 704 | -1,903 | 1,208 | 452,666 |
| 2038 | 76 | 1,311 | 383 | -1,037 | 657 | $453,323 |
| C. WALLACE | | $903,392 | $264,156 | -$714,225 | $453,323 | |

TABLE 37

SUMMARY OF THE PRESENT VALUE OF
LOST EARNING CAPACITY
IN THE CASE OF CHRISTOPHER WALLACE
1999 - 2038

| | |
|---|---:|
| WITH CONTINUOUS EMPLOYMENT | $1,831,925 |
| LESS PERSONAL MAINTENANCE | 233,217 |
| NET LOSS | $1,598,708 |
| | |
| WITH CONTINUOUS EMPLOYMENT | $1,831,925 |
| LESS PERSONAL CONSUMPTION | 1,137,369 |
| NET LOSS | $ 694,556 |
| | |
| WITH WORK-LIFE ADJUSTMENTS | $1,167,548 |
| LESS PERSONAL MAINTENANCE | 146,588 |
| NET LOSS | $1,020,960 |
| | |
| WITH WORK-LIFE ADJUSTMENTS | $1,167,548 |
| LESS PERSONAL CONSUMPTION | 714,225 |
| NET LOSS | $ 453,323 |

# REAL WAGE AND REAL INTEREST RATES
## 1960-1999



APPENDIX III

# WAGE, INTEREST, AND INFLATION RATES
## 1960-1999



# ANNUAL RATE OF PRICE INFLATION

## 1960-1999



CALCULATION OF TREND RATES OF REAL WAGE GROWTH,
REAL INTEREST (DISCOUNT) RATES,
AND THE NET DISCOUNT RATE

| YEAR | WAGE[1] | | INTEREST/DISCOUNT[2] | | CPI[3] | | REAL WAGE CHANGE | REAL INTEREST CHANGE |
|------|-------|-------------------|-------|------|-------|--------------------|------------------|------------------|
|      | INDEX | PERCENT INCREASE | INDEX | RATE | INDEX | PERCENT INCREASE |  |  |
| 1979 | 49.00 |       | 1.0000 |       | 72.60  |       |       |        |
| 1980 | 54.30 | 10.82 | 1.1205 | 12.05 | 82.40  | 13.50 | 2.68  | -1.45  |
| 1981 | 59.50 | 9.58  | 1.2858 | 14.75 | 90.90  | 10.32 | -0.74 | 4.43   |
| 1982 | 63.90 | 7.39  | 1.4290 | 11.14 | 96.50  | 6.16  | 1.23  | 4.98   |
| 1983 | 66.60 | 4.23  | 1.5568 | 8.94  | 99.60  | 3.21  | 1.02  | 5.73   |
| 1984 | 69.50 | 4.35  | 1.7121 | 9.98  | 103.90 | 4.32  | 0.03  | 5.66   |
| 1985 | 72.90 | 4.89  | 1.8445 | 7.73  | 107.60 | 3.56  | 1.33  | 4.17   |
| 1986 | 76.70 | 5.21  | 1.9581 | 6.16  | 109.60 | 1.86  | 3.35  | 4.30   |
| 1987 | 79.70 | 3.91  | 2.0754 | 5.99  | 113.60 | 3.65  | 0.26  | 2.34   |
| 1988 | 83.40 | 4.64  | 2.2190 | 6.92  | 118.30 | 4.14  | 0.50  | 2.78   |
| 1989 | 85.70 | 2.76  | 2.4056 | 8.41  | 124.00 | 4.82  | -2.06 | 3.59   |
| 1990 | 90.60 | 5.72  | 2.5923 | 7.76  | 130.70 | 5.40  | 0.32  | 2.36   |
| 1991 | 94.90 | 4.75  | 2.7367 | 5.57  | 136.20 | 4.21  | 0.54  | 1.36   |
| 1992 | 100.00 | 5.37 | 2.8336 | 3.54  | 140.30 | 3.01  | 2.36  | 0.53   |
| 1993 | 102.40 | 2.40 | 2.9211 | 3.09  | 144.50 | 2.99  | -0.59 | 0.10   |
| 1994 | 104.50 | 2.05 | 3.0497 | 4.40  | 148.20 | 2.56  | -0.51 | 1.84   |
| 1995 | 106.70 | 2.11 | 3.2226 | 5.67  | 152.40 | 2.83  | -0.73 | 2.84   |
| 1996 | 110.10 | 3.19 | 3.3892 | 5.17  | 156.90 | 2.95  | 0.24  | 2.22   |
| 1997 | 114.20 | 3.72 | 3.5661 | 5.22  | 160.50 | 2.29  | 1.43  | 2.93   |
| 1998 | 120.30 | 5.34 | 3.7426 | 4.95  | 163.00 | 1.56  | 3.78  | 3.39   |
| 1999 | 126.30 | 4.99 | 3.9215 | 4.78  | 166.60 | 2.21  | 2.78  | 2.57   |
| AVERAGE |     | 4.85 |        | 7.07  |        | 4.24  | 0.61  | 2.83   |

Net Discount Rate: 2.22%/Year
If real wage growth is zero, the
Net Discount Rate becomes 2.83%/Year

Update of 2/17/2000.

[1]Wage Hourly Compensation: Industry Analytical Ratios for the Business Sector--All Persons. Bureau of Labor Statistics, February 8, 2000.

[2]Interest (Discount) Rates:  Bond Yields and Interest Rates, 1929-99, Economic Report of the President, 2000, pg. 390.

[3]CPI: Consumer Price Index, All Urban Consumers (CPI-U), Bureau of Labor Statistics.

Illustration from Brookshire 1990 Book* of
Chart to be Prepared for Trial, Explaining
How Lump Sum (Present Value) Losses, and all
Earned Interest, are Exhausted in Restoring
Annual, Economic Losses



CHART 2

ILLUSTRATION OF HOW A $605,795 LUMP SUM EXACTLY RESTORES ECONOMIC LOSS
AND IS ENTIRELY USED UP IN THE PROCESS

* Michael L. Brookshire and Stan V. Smith, ECONOMIC/HEDONIC



# Michael L. Brookshire & Associates

MAIN OFFICE
P.O. Box 546 • 333 12th Street, Suite 3
Dunbar, West Virginia 25064
PHONE:          (304) 766-6384
FAX:             (304) 768-1643

P.O. Box 8319
Lexington, Kentucky 40533-8319
PHONE:          (606) 971-8293
FAX:             (606) 971-0553

Online: MLBOFFICE@AOL.COM

May 16, 2000

Edwin L. Hoseus, Jr., Esquire
741 Milford Hills Drive
Milford, Ohio  45150-1446

Dear Mr. Hoseus:

Enclosed is supplemental Table 1 to our April 27, 2000 report. Also enclosed is another copy of our April 27 cover letter, which explains that at least some portion of this $55,128 is an additional loss to the surviving children.

Sincerely,

Michael L. Brookshire, Ph.D.
Forensic Economist

George A. Barrett, M.B.A.
Forensic Economist

Enclosures

TABLE 1

PRESENT VALUE OF CHILD SUPPORT PAYMENTS
1999 - 2006

| YEAR | AGE | CHILD SUPPORT | DISCOUNT FACTOR | PRESENT VALUE | CUMULATIVE |
|------|-----|---------------|-----------------|---------------|------------|
| 1999 | 37 | $6,067 | 1.00000 | $6,067 | $6,067 |
| 2000 | 38 | 9,424 | 1.00000 | 9,424 | 15,491 |
| 2001 | 39 | 9,424 | 0.97248 | 9,165 | 24,656 |
| 2002 | 40 | 9,424 | 0.94572 | 8,912 | 33,568 |
| 2003 | 41 | 9,424 | 0.91969 | 8,667 | 42,235 |
| 2004 | 42 | 5,688 | 0.89438 | 5,087 | 47,322 |
| 2005 | 43 | 4,550 | 0.86976 | 3,957 | 51,279 |
| 2006 | 44 | 4,550 | 0.84583 | 3,849 | $55,128 |

C.  WALLACE                              $55,128



# Michael L. Brookshire & Associates

MAIN OFFICE
P.O. Box 546 • 333 12th Street, Suite 3
Dunbar, West Virginia 25064
PHONE:            (304) 766-6384
FAX:              (304) 768-1643

P.O. Box 8319
Lexington, Kentucky 40533-8319
PHONE:            (606) 971-8293
FAX:              (606) 971-0553

Online: MLBOFFICE@AOL.COM

April 27, 2000

Edwin L. Hoseus, Jr., Esquire
741 Milford Hills Drive
Milford, OH 45150-1446

RE:  CHRISTOPHER WALLACE

Dear Mr. Hoseus:

Enclosed is our written report of net lost earning capacity in the Christopher Wallace case.  We will be sending a separate, letter report calculating the value of his child support payments.  Because this value cannot be linked with the consumption deductions in a scientific way that prevents overlaps, we report this separately.  Some or most of this value should be added to the enclosed, economic loss values.

Please call us if you have any questions.

Sincerely,

Michael L. Brookshire, Ph.D.
Forensic Economist

George A. Barrett, MBA
Forensic Economist

MLB/gf