IN THE CASE OF

# CHRISTOPHER WALLACE

U-P-D-A-T-E-D

## ANALYSIS OF THE PRESENT VALUE OF
## LOST EARNING CAPACITY

CERTIFICATION

We hereby certify that we have no interest, present or contemplated, in the above matter and that neither the employment to make the appraisal nor the compensation is contingent on the amount of the appraisal.

We certify that according to our belief and knowledge, all statements and information in the report are true and correct, subject to the underlying assumptions. We further certify that we adhere to the tenets of ethical behavior outlined in the National Association of Forensic Economics "Statement of Ethical Principles and Principles of Professional Practice."

**Michael L. Brookshire, Ph.D.**
**Forensic Economist**
**March 31, 2005**

**George A. Barrett, MBA, MSRC, CRC**
**Forensic Economist**
**March 31, 2005**

TABLE OF CONTENTS

Case Narrative ........................................................................................... i

TABLE

Present Value of Lost Earning Capacity Less Personal Consumption
With Continuous Employment Through Age 58 ..................................................... 9

Present Value of Lost Earning Capacity Less Personal Consumption
With Work-Life Adjustments .................................................................... 18

Present Value of Child Support Payments
With Continuous Employment ..................................................................... 21

Present Value of Child Support Payments
With Work-Life Adjustments .................................................................... 24

Summary ...................................................................................... 25

APPENDIX

Interest Rates Trends ........................................................................ I
Inflation Graph............................................................................... II
Actual Compensation/Actual Interest/Inflation Graph........................................... III
Real Compensation/Real Interest Graph ...................................................... IV
Book Illustration of Hand-Drawn Graph ...................................................... V
Curriculum Vitae of Michael L. Brookshire, Ph.D ...................................... VI
Curriculum Vitae of George A. Barrett, MBA, MSRC, CRC ......................... VII

This updated analysis of lost earning capacity is based upon the statistics in Tables 1-25 and upon the following facts and assumptions.

1. Christopher Wallace was a white male who was born on July 24, 1962 and who died on April 17, 1999. Mr. Wallace was a high school graduate with some college, but no degree.

2. At the time of his death, Mr. Wallace was employed by General Electric Engine Services as a manufacturing machinist. His lost earning capacity is based upon a three-year (1996-1998) average of his wages, or $45,457 in 1998 dollars.

3. Employer contributions to fringe benefits, such as social security, pension, and health and welfare plans, range from 23.97 to 26.47 percent of wages. These percentages are based upon actual employer contributions and national statistics from an annual survey by the U. S. Chamber of Commerce.

4. The impact of inflation on wages and on interest rates is offsetting; the present value of lost earning capacity can be found by computing "real" increases in wages and by discounting to present value using the "real" rate of interest. The net discount rate for these calculations is 0.74 percent annually (see Appendix I).

5. "Earning capacity with work-life adjustments" can be found either by computing the earning capacity each year and ending estimates at "work-life" expectancy or by reducing the earning capacity estimate for each year by a factor that considers life expectancy rates (L), work-force participation rates (P), and employment rates (E). In this analysis the latter has been emphasized, and therefore cumulative loss columns in calculation tables become irrelevant. Losses are projected through life expectancy, but U. S. government data are already being used at every age

i

to reduce for probabilities of death, retirement, disability, and unemployment.

      6.  Personal consumption expenditures of Mr. Wallace are based upon 2003 U. S. Department of Labor Consumer Expenditure Survey data for consumption-level expenditures of one-person households.

      7.  At the time of his death, Mr. Wallace was contributing $758.33 per month in child support payments on behalf of his two children.  Because personal consumption deductions from earning capacity are based upon data for one-person households, child support expenditures are not included in the calculation of Mr. Wallace's expected personal consumption from his earning capacity. Therefore, child support payments are added back to lost earning capacity because Mr. Wallace would not have consumed these payments on himself.

      Based upon these facts and assumptions, the present value of lost earning capacity with continuous employment through age 58 and personal consumption deductions is $463,752 (Table 9). The present value of lost earning capacity with adjustments for work-life expectancy and personal consumption deductions is $484,395 (Table 18).  The present value of child support payments with continuous employment is $65,670.  The present value of child support payments with adjustments for work-life expectancy is $58,247.

      These projections are summarized in Table 25.

MICHAEL L. BROOKSHIRE & ASSOCIATES
Charleston, WV (304) 766-6384

TABLE 1

**WAGES TO DATE**
**WITH CONTINUOUS EMPLOYMENT**
**IN THE CASE OF CHRISTOPHER WALLACE**
**1999 - 2005**

| YEAR | AGE | WAGES | CUMULATIVE |
|------|-----|-------|------------|
| 1999 | 37 | $29,077 | $29,077 |
| 2000 | 38 | $51,006 | $80,083 |
| 2001 | 39 | $53,113 | $133,196 |
| 2002 | 40 | $54,781 | $187,977 |
| 2003 | 41 | $57,054 | $245,031 |
| 2004 | 42 | $59,479 | $304,510 |
| 2005 | 43 | $28,802 | $333,312 |

$333,312

TABLE 2

FRINGE BENEFITS TO DATE
WITH CONTINUOUS EMPLOYMENT
IN THE CASE OF CHRISTOPHER WALLACE
1999 - 2005

| YEAR | AGE | FRINGE BENEFITS | CUMULATIVE |
|------|-----|-----------------|------------|
| 1999 | 37 | $3,376 | $3,376 |
| 2000 | 38 | $5,922 | $9,298 |
| 2001 | 39 | $6,166 | $15,464 |
| 2002 | 40 | $6,360 | $21,824 |
| 2003 | 41 | $6,624 | $28,448 |
| 2004 | 42 | $6,906 | $35,354 |
| 2005 | 43 | $3,344 | $38,698 |

$38,698

TABLE 3

PERSONAL CONSUMPTION TO DATE
WITH CONTINUOUS EMPLOYMENT
IN THE CASE OF CHRISTOPHER WALLACE
1999 - 2005

| YEAR | AGE | PERSONAL CONSUMPTION | CUMULATIVE |
|------|-----|---------------------|------------|
| 1999 | 37 | -$21,546 | -$21,546 |
| 2000 | 38 | -$37,795 | -$59,341 |
| 2001 | 39 | -$39,357 | -$98,698 |
| 2002 | 40 | -$40,593 | -$139,291 |
| 2003 | 41 | -$42,277 | -$181,568 |
| 2004 | 42 | -$44,074 | -$225,642 |
| 2005 | 43 | -$21,342 | -$246,984 |

-$246,984

TABLE 4

### LOST EARNING CAPACITY TO DATE
### WITH CONTINUOUS EMPLOYMENT
### IN THE CASE OF CHRISTOPHER WALLACE
### 1999 - 2005

| YEAR | AGE | WAGES | FRINGE BENEFITS | PERSONAL CONSUMPTION | TOTAL | CUMULATIVE |
|------|-----|-------|-----------------|----------------------|-------|------------|
| 1999 | 37 | $29,077 | $3,376 | -$21,546 | $10,907 | $10,907 |
| 2000 | 38 | $51,006 | $5,922 | -$37,795 | $19,133 | $30,040 |
| 2001 | 39 | $53,113 | $6,166 | -$39,357 | $19,922 | $49,962 |
| 2002 | 40 | $54,781 | $6,360 | -$40,593 | $20,548 | $70,510 |
| 2003 | 41 | $57,054 | $6,624 | -$42,277 | $21,401 | $91,911 |
| 2004 | 42 | $59,479 | $6,906 | -$44,074 | $22,311 | $114,222 |
| 2005 | 43 | $28,802 | $3,344 | -$21,342 | $10,804 | $125,026 |
| | | $333,312 | $38,698 | -$246,984 | $125,026 | |

TABLE 5

PRESENT VALUE OF WAGES
WITH CONTINUOUS EMPLOYMENT
IN THE CASE OF CHRISTOPHER WALLACE
2005 - 2039

| YEAR | AGE | WAGES | DISCOUNT FACTOR | PRESENT VALUE | CUMULATIVE |
|------|-----|-------|-----------------|---------------|------------|
| 2005 | 43 | $32,676 | 1.00000 | $32,676 | $32,676 |
| 2006 | 44 | $62,191 | .98135 | $61,031 | $93,707 |
| 2007 | 45 | $62,912 | .96306 | $60,588 | $154,295 |
| 2008 | 46 | $63,642 | .94510 | $60,148 | $214,443 |
| 2009 | 47 | $64,380 | .92748 | $59,711 | $274,154 |
| 2010 | 48 | $65,127 | .91018 | $59,278 | $333,432 |
| 2011 | 49 | $65,882 | .89321 | $58,847 | $392,279 |
| 2012 | 50 | $66,646 | .87656 | $58,419 | $450,698 |
| 2013 | 51 | $67,420 | .86021 | $57,996 | $508,694 |
| 2014 | 52 | $68,202 | .84417 | $57,574 | $566,268 |
| 2015 | 53 | $68,993 | .82843 | $57,156 | $623,424 |
| 2016 | 54 | $69,793 | .81299 | $56,741 | $680,165 |
| 2017 | 55 | $70,603 | .79783 | $56,329 | $736,494 |
| 2018 | 56 | $71,422 | .78295 | $55,920 | $792,414 |
| 2019 | 57 | $72,250 | .76835 | $55,514 | $847,928 |
| 2020 | 58 | $73,088 | .75403 | $55,110 | $903,038 |
| 2021 | 59 | $73,936 | .73997 | $54,710 | $957,748 |
| 2022 | 60 | $74,794 | .72617 | $54,313 | $1,012,061 |
| 2023 | 61 | $75,661 | .71263 | $53,918 | $1,065,979 |
| 2024 | 62 | $76,539 | .69934 | $53,527 | $1,119,506 |
| 2025 | 63 | $77,427 | .68630 | $53,138 | $1,172,644 |
| 2026 | 64 | $78,325 | .67351 | $52,752 | $1,225,396 |
| 2027 | 65 | $79,234 | .66095 | $52,370 | $1,277,766 |
| 2028 | 66 | $80,153 | .64863 | $51,989 | $1,329,755 |
| 2029 | 67 | $81,082 | .63653 | $51,611 | $1,381,366 |
| 2030 | 68 | $82,023 | .62466 | $51,237 | $1,432,603 |
| 2031 | 69 | $82,974 | .61302 | $50,864 | $1,483,467 |
| 2032 | 70 | $83,937 | .60159 | $50,495 | $1,533,962 |
| 2033 | 71 | $84,911 | .59037 | $50,129 | $1,584,091 |
| 2034 | 72 | $85,896 | .57936 | $49,765 | $1,633,856 |
| 2035 | 73 | $86,892 | .56856 | $49,403 | $1,683,259 |
| 2036 | 74 | $87,900 | .55796 | $49,044 | $1,732,303 |
| 2037 | 75 | $88,920 | .54755 | $48,688 | $1,780,991 |
| 2038 | 76 | $89,951 | .53734 | $48,335 | $1,829,326 |
| 2039 | 77 | $50,857 | .52732 | $26,818 | $1,856,144 |

$1,856,144

TABLE 6

PRESENT VALUE OF FRINGE BENEFITS
WITH CONTINUOUS EMPLOYMENT
IN THE CASE OF CHRISTOPHER WALLACE
2005 - 2039

| YEAR | AGE | FRINGE BENEFITS | DISCOUNT FACTOR | PRESENT VALUE | CUMULATIVE |
|------|-----|-----------------|-----------------|---------------|------------|
| 2005 | 43 | $3,794 | 1.00000 | $3,794 | $3,794 |
| 2006 | 44 | $7,220 | .98135 | $7,085 | $10,879 |
| 2007 | 45 | $7,304 | .96306 | $7,034 | $17,913 |
| 2008 | 46 | $7,389 | .94510 | $6,983 | $24,896 |
| 2009 | 47 | $7,475 | .92748 | $6,933 | $31,829 |
| 2010 | 48 | $7,561 | .91018 | $6,882 | $38,711 |
| 2011 | 49 | $7,649 | .89321 | $6,832 | $45,543 |
| 2012 | 50 | $7,738 | .87656 | $6,783 | $52,326 |
| 2013 | 51 | $7,827 | .86021 | $6,733 | $59,059 |
| 2014 | 52 | $7,918 | .84417 | $6,684 | $65,743 |
| 2015 | 53 | $8,010 | .82843 | $6,636 | $72,379 |
| 2016 | 54 | $8,103 | .81299 | $6,588 | $78,967 |
| 2017 | 55 | $8,197 | .79783 | $6,540 | $85,507 |
| 2018 | 56 | $8,292 | .78295 | $6,492 | $91,999 |
| 2019 | 57 | $8,388 | .76835 | $6,445 | $98,444 |
| 2020 | 58 | $8,486 | .75403 | $6,399 | $104,843 |
| 2021 | 59 | $8,584 | .73997 | $6,352 | $111,195 |
| 2022 | 60 | $8,684 | .72617 | $6,306 | $117,501 |
| 2023 | 61 | $8,784 | .71263 | $6,260 | $123,761 |
| 2024 | 62 | $8,886 | .69934 | $6,214 | $129,975 |
| 2025 | 63 | $8,989 | .68630 | $6,169 | $136,144 |
| 2026 | 64 | $9,094 | .67351 | $6,125 | $142,269 |
| 2027 | 65 | $9,199 | .66095 | $6,080 | $148,349 |
| 2028 | 66 | $9,306 | .64863 | $6,036 | $154,385 |
| 2029 | 67 | $9,414 | .63653 | $5,992 | $160,377 |
| 2030 | 68 | $9,523 | .62466 | $5,949 | $166,326 |
| 2031 | 69 | $9,633 | .61302 | $5,905 | $172,231 |
| 2032 | 70 | $9,745 | .60159 | $5,862 | $178,093 |
| 2033 | 71 | $9,858 | .59037 | $5,820 | $183,913 |
| 2034 | 72 | $9,973 | .57936 | $5,778 | $189,691 |
| 2035 | 73 | $10,088 | .56856 | $5,736 | $195,427 |
| 2036 | 74 | $10,205 | .55796 | $5,694 | $201,121 |
| 2037 | 75 | $10,324 | .54755 | $5,653 | $206,774 |
| 2038 | 76 | $10,443 | .53734 | $5,611 | $212,385 |
| 2039 | 77 | $5,904 | .52732 | $3,113 | $215,498 |

$215,498

MICHAEL L. BROOKSHIRE & ASSOCIATES
Charleston, WV (304) 766-6384

TABLE 7

PRESENT VALUE OF PERSONAL CONSUMPTION
WITH CONTINUOUS EMPLOYMENT
IN THE CASE OF CHRISTOPHER WALLACE
2005 - 2039

| YEAR ***** | AGE *** | PERSONAL CONSUMPTION ***************** | DISCOUNT FACTOR ************* | PRESENT VALUE ************* | CUMULATIVE ****************** |
|------|-----|------|------|------|------|
| 2005 | 43 | -$24,213 | 1.00000 | -$24,213 | -$24,213 |
| 2006 | 44 | -$46,084 | .98135 | -$45,225 | -$69,438 |
| 2007 | 45 | -$46,618 | .96306 | -$44,896 | -$114,334 |
| 2008 | 46 | -$47,159 | .94510 | -$44,570 | -$158,904 |
| 2009 | 47 | -$47,706 | .92748 | -$44,246 | -$203,150 |
| 2010 | 48 | -$48,259 | .91018 | -$43,925 | -$247,075 |
| 2011 | 49 | -$48,819 | .89321 | -$43,606 | -$290,681 |
| 2012 | 50 | -$49,385 | .87656 | -$43,289 | -$333,970 |
| 2013 | 51 | -$49,958 | .86021 | -$42,975 | -$376,945 |
| 2014 | 52 | -$50,538 | .84417 | -$42,663 | -$419,608 |
| 2015 | 53 | -$51,124 | .82843 | -$42,353 | -$461,961 |
| 2016 | 54 | -$51,717 | .81299 | -$42,045 | -$504,006 |
| 2017 | 55 | -$52,317 | .79783 | -$41,740 | -$545,746 |
| 2018 | 56 | -$52,924 | .78295 | -$41,437 | -$587,183 |
| 2019 | 57 | -$53,537 | .76835 | -$41,135 | -$628,318 |
| 2020 | 58 | -$54,158 | .75403 | -$40,837 | -$669,155 |
| 2021 | 59 | -$54,787 | .73997 | -$40,541 | -$709,696 |
| 2022 | 60 | -$55,422 | .72617 | -$40,246 | -$749,942 |
| 2023 | 61 | -$56,065 | .71263 | -$39,954 | -$789,896 |
| 2024 | 62 | -$56,715 | .69934 | -$39,663 | -$829,559 |
| 2025 | 63 | -$57,373 | .68630 | -$39,375 | -$868,934 |
| 2026 | 64 | -$58,039 | .67351 | -$39,090 | -$908,024 |
| 2027 | 65 | -$58,712 | .66095 | -$38,806 | -$946,830 |
| 2028 | 66 | -$59,393 | .64863 | -$38,524 | -$985,354 |
| 2029 | 67 | -$60,082 | .63653 | -$38,244 | -$1,023,598 |
| 2030 | 68 | -$60,779 | .62466 | -$37,966 | -$1,061,564 |
| 2031 | 69 | -$61,484 | .61302 | -$37,691 | -$1,099,255 |
| 2032 | 70 | -$62,197 | .60159 | -$37,417 | -$1,136,672 |
| 2033 | 71 | -$62,919 | .59037 | -$37,145 | -$1,173,817 |
| 2034 | 72 | -$63,649 | .57936 | -$36,876 | -$1,210,693 |
| 2035 | 73 | -$64,387 | .56856 | -$36,608 | -$1,247,301 |
| 2036 | 74 | -$65,134 | .55796 | -$36,342 | -$1,283,643 |
| 2037 | 75 | -$65,890 | .54755 | -$36,078 | -$1,319,721 |
| 2038 | 76 | -$66,654 | .53734 | -$35,816 | -$1,355,537 |
| 2039 | 77 | -$37,685 | .52732 | -$19,872 | -$1,375,409 |

-$1,375,409

TABLE 8

PRESENT VALUE OF LOST EARNING CAPACITY
WITH CONTINUOUS EMPLOYMENT
IN THE CASE OF CHRISTOPHER WALLACE
2005 - 2039

| YEAR | AGE | WAGES | FRINGE BENEFITS | PERSONAL CONSUMPTION | TOTAL | CUMULATIVE |
|------|-----|-------|-----------------|----------------------|-------|------------|
| 2005 | 43 | $32,676 | $3,794 | -$24,213 | $12,257 | $12,257 |
| 2006 | 44 | $61,031 | $7,085 | -$45,225 | $22,891 | $35,148 |
| 2007 | 45 | $60,588 | $7,034 | -$44,896 | $22,726 | $57,874 |
| 2008 | 46 | $60,148 | $6,983 | -$44,570 | $22,561 | $80,435 |
| 2009 | 47 | $59,711 | $6,933 | -$44,246 | $22,398 | $102,833 |
| 2010 | 48 | $59,278 | $6,882 | -$43,925 | $22,235 | $125,068 |
| 2011 | 49 | $58,847 | $6,832 | -$43,606 | $22,073 | $147,141 |
| 2012 | 50 | $58,419 | $6,783 | -$43,289 | $21,913 | $169,054 |
| 2013 | 51 | $57,996 | $6,733 | -$42,975 | $21,754 | $190,808 |
| 2014 | 52 | $57,574 | $6,684 | -$42,663 | $21,595 | $212,403 |
| 2015 | 53 | $57,156 | $6,636 | -$42,353 | $21,439 | $233,842 |
| 2016 | 54 | $56,741 | $6,588 | -$42,045 | $21,284 | $255,126 |
| 2017 | 55 | $56,329 | $6,540 | -$41,740 | $21,129 | $276,255 |
| 2018 | 56 | $55,920 | $6,492 | -$41,437 | $20,975 | $297,230 |
| 2019 | 57 | $55,514 | $6,445 | -$41,135 | $20,824 | $318,054 |
| 2020 | 58 | $55,110 | $6,399 | -$40,837 | $20,672 | $338,726 |
| 2021 | 59 | $54,710 | $6,352 | -$40,541 | $20,521 | $359,247 |
| 2022 | 60 | $54,313 | $6,306 | -$40,246 | $20,373 | $379,620 |
| 2023 | 61 | $53,918 | $6,260 | -$39,954 | $20,224 | $399,844 |
| 2024 | 62 | $53,527 | $6,214 | -$39,663 | $20,078 | $419,922 |
| 2025 | 63 | $53,138 | $6,169 | -$39,375 | $19,932 | $439,854 |
| 2026 | 64 | $52,752 | $6,125 | -$39,090 | $19,787 | $459,641 |
| 2027 | 65 | $52,370 | $6,080 | -$38,806 | $19,644 | $479,285 |
| 2028 | 66 | $51,989 | $6,036 | -$38,524 | $19,501 | $498,786 |
| 2029 | 67 | $51,611 | $5,992 | -$38,244 | $19,359 | $518,145 |
| 2030 | 68 | $51,237 | $5,949 | -$37,966 | $19,220 | $537,365 |
| 2031 | 69 | $50,864 | $5,905 | -$37,691 | $19,078 | $556,443 |
| 2032 | 70 | $50,495 | $5,862 | -$37,417 | $18,940 | $575,383 |
| 2033 | 71 | $50,129 | $5,820 | -$37,145 | $18,804 | $594,187 |
| 2034 | 72 | $49,765 | $5,778 | -$36,876 | $18,667 | $612,854 |
| 2035 | 73 | $49,403 | $5,736 | -$36,608 | $18,531 | $631,385 |
| 2036 | 74 | $49,044 | $5,694 | -$36,342 | $18,396 | $649,781 |
| 2037 | 75 | $48,688 | $5,653 | -$36,078 | $18,263 | $668,044 |
| 2038 | 76 | $48,335 | $5,611 | -$35,816 | $18,130 | $686,174 |
| 2039 | 77 | $26,818 | $3,113 | -$19,872 | $10,059 | $696,233 |
| | | $1,856,144 | $215,498 | -$1,375,409 | $696,233 | |

TABLE 9

SUMMARY OF THE PRESENT VALUE OF LOST EARNING CAPACITY
WITH CONTINUOUS EMPLOYMENT
IN THE CASE OF CHRISTOPHER WALLACE
1999 - 2039

| YEAR | AGE | WAGES | FRINGE BENEFITS | PERSONAL CONSUMPTION | TOTAL | CUMULATIVE |
|------|-----|-------|-----------------|----------------------|-------|------------|
| 1999 | 37 | $29,077 | $3,376 | -$21,546 | $10,907 | $10,907 |
| 2000 | 38 | $51,006 | $5,922 | -$37,795 | $19,133 | $30,040 |
| 2001 | 39 | $53,113 | $6,166 | -$39,357 | $19,922 | $49,962 |
| 2002 | 40 | $54,781 | $6,360 | -$40,593 | $20,548 | $70,510 |
| 2003 | 41 | $57,054 | $6,624 | -$42,277 | $21,401 | $91,911 |
| 2004 | 42 | $59,479 | $6,906 | -$44,074 | $22,311 | $114,222 |
| 2005 | 43 | $61,478 | $7,138 | -$45,555 | $23,061 | $137,283 |
| 2006 | 44 | $61,031 | $7,085 | -$45,225 | $22,891 | $160,174 |
| 2007 | 45 | $60,588 | $7,034 | -$44,896 | $22,726 | $182,900 |
| 2008 | 46 | $60,148 | $6,983 | -$44,570 | $22,561 | $205,461 |
| 2009 | 47 | $59,711 | $6,933 | -$44,246 | $22,398 | $227,859 |
| 2010 | 48 | $59,278 | $6,882 | -$43,925 | $22,235 | $250,094 |
| 2011 | 49 | $58,847 | $6,832 | -$43,606 | $22,073 | $272,167 |
| 2012 | 50 | $58,419 | $6,783 | -$43,289 | $21,913 | $294,080 |
| 2013 | 51 | $57,996 | $6,733 | -$42,975 | $21,754 | $315,834 |
| 2014 | 52 | $57,574 | $6,684 | -$42,663 | $21,595 | $337,429 |
| 2015 | 53 | $57,156 | $6,636 | -$42,353 | $21,439 | $358,868 |
| 2016 | 54 | $56,741 | $6,588 | -$42,045 | $21,284 | $380,152 |
| 2017 | 55 | $56,329 | $6,540 | -$41,740 | $21,129 | $401,281 |
| 2018 | 56 | $55,920 | $6,492 | -$41,437 | $20,975 | $422,256 |
| 2019 | 57 | $55,514 | $6,445 | -$41,135 | $20,824 | $443,080 |
| **2020** | **58** | $55,110 | $6,399 | -$40,837 | $20,672 | **$463,752** |
| 2021 | 59 | $54,710 | $6,352 | -$40,541 | $20,521 | $484,273 |
| 2022 | 60 | $54,313 | $6,306 | -$40,246 | $20,373 | $504,646 |
| 2023 | 61 | $53,918 | $6,260 | -$39,954 | $20,224 | $524,870 |
| 2024 | 62 | $53,527 | $6,214 | -$39,663 | $20,078 | $544,948 |
| 2025 | 63 | $53,138 | $6,169 | -$39,375 | $19,932 | $564,880 |
| 2026 | 64 | $52,752 | $6,125 | -$39,090 | $19,787 | $584,667 |
| 2027 | 65 | $52,370 | $6,080 | -$38,806 | $19,644 | $604,311 |
| 2028 | 66 | $51,989 | $6,036 | -$38,524 | $19,501 | $623,812 |
| 2029 | 67 | $51,611 | $5,992 | -$38,244 | $19,359 | $643,171 |
| 2030 | 68 | $51,237 | $5,949 | -$37,966 | $19,220 | $662,391 |
| 2031 | 69 | $50,864 | $5,905 | -$37,691 | $19,078 | $681,469 |
| 2032 | 70 | $50,495 | $5,862 | -$37,417 | $18,940 | $700,409 |
| 2033 | 71 | $50,129 | $5,820 | -$37,145 | $18,804 | $719,213 |
| 2034 | 72 | $49,765 | $5,778 | -$36,876 | $18,667 | $737,880 |
| 2035 | 73 | $49,403 | $5,736 | -$36,608 | $18,531 | $756,411 |
| 2036 | 74 | $49,044 | $5,694 | -$36,342 | $18,396 | $774,807 |
| 2037 | 75 | $48,688 | $5,653 | -$36,078 | $18,263 | $793,070 |
| 2038 | 76 | $48,335 | $5,611 | -$35,816 | $18,130 | $811,200 |
| 2039 | 77 | $26,818 | $3,113 | -$19,872 | $10,059 | $821,259 |
|  |  | $2,189,456 | $254,196 | -$1,622,393 | $821,259 |  |

TABLE 10

WAGES TO DATE
WITH WORK-LIFE ADJUSTMENTS
IN THE CASE OF CHRISTOPHER WALLACE
1999 - 2005

| YEAR | AGE | WAGES | WORK-LIFE PROBABILITY | ADJUSTED VALUE | CUMULATIVE |
|------|-----|-------|-----------------------|----------------|------------|
| 1999 | 37 | $29,077 | .89390 | $25,992 | $25,992 |
| 2000 | 38 | $51,006 | .89200 | $45,497 | $71,489 |
| 2001 | 39 | $53,113 | .89000 | $47,271 | $118,760 |
| 2002 | 40 | $54,781 | .88780 | $48,635 | $167,395 |
| 2003 | 41 | $57,054 | .88560 | $50,527 | $217,922 |
| 2004 | 42 | $59,479 | .88320 | $52,532 | $270,454 |
| 2005 | 43 | $28,802 | .88050 | $25,360 | $295,814 |

$295,814

TABLE 11

FRINGE BENEFITS TO DATE
WITH WORK-LIFE ADJUSTMENTS
IN THE CASE OF CHRISTOPHER WALLACE
1999 - 2005

| YEAR | AGE | FRINGE BENEFITS | WORK-LIFE PROBABILITY | ADJUSTED VALUE | CUMULATIVE |
|------|-----|-----------------|------------------------|----------------|------------|
| 1999 | 37 | $3,565 | .89390 | $3,187 | $3,187 |
| 2000 | 38 | $6,253 | .89200 | $5,578 | $8,765 |
| 2001 | 39 | $6,512 | .89000 | $5,796 | $14,561 |
| 2002 | 40 | $6,716 | .88780 | $5,962 | $20,523 |
| 2003 | 41 | $6,995 | .88560 | $6,195 | $26,718 |
| 2004 | 42 | $7,292 | .88320 | $6,440 | $33,158 |
| 2005 | 43 | $3,531 | .88050 | $3,109 | $36,267 |

$36,267

TABLE 12

**PERSONAL CONSUMPTION TO DATE
WITH WORK-LIFE ADJUSTMENTS
IN THE CASE OF CHRISTOPHER WALLACE
1999 - 2005**

| YEAR | AGE | PERSONAL CONSUMPTION | WORK-LIFE PROBABILITY | ADJUSTED VALUE | CUMULATIVE |
|------|-----|----------------------|-----------------------|----------------|------------|
| 1999 | 37 | -$21,546 | .89390 | -$19,260 | -$19,260 |
| 2000 | 38 | -$37,795 | .89200 | -$33,713 | -$52,973 |
| 2001 | 39 | -$39,357 | .89000 | -$35,028 | -$88,001 |
| 2002 | 40 | -$40,593 | .88780 | -$36,038 | -$124,039 |
| 2003 | 41 | -$42,277 | .88560 | -$37,441 | -$161,480 |
| 2004 | 42 | -$44,074 | .88320 | -$38,926 | -$200,406 |
| 2005 | 43 | -$21,342 | .88050 | -$18,792 | -$219,198 |

-$219,198

TABLE 13

LOST EARNING CAPACITY TO DATE
WITH WORK-LIFE ADJUSTMENTS
IN THE CASE OF CHRISTOPHER WALLACE
1999 - 2005

| YEAR | AGE | WAGES | FRINGE BENEFITS | PERSONAL CONSUMPTION | TOTAL | CUMULATIVE |
|------|-----|-------|-----------------|---------------------|-------|------------|
| 1999 | 37 | $25,992 | $3,187 | -$19,260 | $9,919 | $9,919 |
| 2000 | 38 | $45,497 | $5,578 | -$33,713 | $17,362 | $27,281 |
| 2001 | 39 | $47,271 | $5,796 | -$35,028 | $18,039 | $45,320 |
| 2002 | 40 | $48,635 | $5,962 | -$36,038 | $18,559 | $63,879 |
| 2003 | 41 | $50,527 | $6,195 | -$37,441 | $19,281 | $83,160 |
| 2004 | 42 | $52,532 | $6,440 | -$38,926 | $20,046 | $103,206 |
| 2005 | 43 | $25,360 | $3,109 | -$18,792 | $9,677 | $112,883 |
| | | $295,814 | $36,267 | -$219,198 | $112,883 | |

TABLE 14

PRESENT VALUE OF WAGES
WITH WORK-LIFE ADJUSTMENTS
IN THE CASE OF CHRISTOPHER WALLACE
2005 - 2039

| YEAR | AGE | WAGES | DISCOUNT FACTOR | PRESENT VALUE | WORK-LIFE PROBABILITY | ADJUSTED VALUE | CUMULATIVE |
|------|-----|-------|-----------------|---------------|----------------------|----------------|------------|
| 2005 | 43 | $32,676 | 1.00000 | $32,676 | .88050 | $28,771 | $28,771 |
| 2006 | 44 | $62,191 | .98135 | $61,031 | .87760 | $53,561 | $82,332 |
| 2007 | 45 | $62,912 | .96306 | $60,588 | .83570 | $50,633 | $132,965 |
| 2008 | 46 | $63,642 | .94510 | $60,148 | .83250 | $50,073 | $183,038 |
| 2009 | 47 | $64,380 | .92748 | $59,711 | .82900 | $49,500 | $232,538 |
| 2010 | 48 | $65,127 | .91018 | $59,278 | .82520 | $48,916 | $281,454 |
| 2011 | 49 | $65,882 | .89321 | $58,847 | .82120 | $48,325 | $329,779 |
| 2012 | 50 | $66,646 | .87656 | $58,419 | .81700 | $47,728 | $377,507 |
| 2013 | 51 | $67,420 | .86021 | $57,996 | .81260 | $47,127 | $424,634 |
| 2014 | 52 | $68,202 | .84417 | $57,574 | .80780 | $46,509 | $471,143 |
| 2015 | 53 | $68,993 | .82843 | $57,156 | .80290 | $45,891 | $517,034 |
| 2016 | 54 | $69,793 | .81299 | $56,741 | .79710 | $45,228 | $562,262 |
| 2017 | 55 | $70,603 | .79783 | $56,329 | .62530 | $35,223 | $597,485 |
| 2018 | 56 | $71,422 | .78295 | $55,920 | .62020 | $34,682 | $632,167 |
| 2019 | 57 | $72,250 | .76835 | $55,514 | .61460 | $34,119 | $666,286 |
| 2020 | 58 | $73,088 | .75403 | $55,110 | .60830 | $33,524 | $699,810 |
| 2021 | 59 | $73,936 | .73997 | $54,710 | .60200 | $32,936 | $732,746 |
| 2022 | 60 | $74,794 | .72617 | $54,313 | .59480 | $32,306 | $765,052 |
| 2023 | 61 | $75,661 | .71263 | $53,918 | .58720 | $31,661 | $796,713 |
| 2024 | 62 | $76,539 | .69934 | $53,527 | .57890 | $30,987 | $827,700 |
| 2025 | 63 | $77,427 | .68630 | $53,138 | .56990 | $30,284 | $857,984 |
| 2026 | 64 | $78,325 | .67351 | $52,752 | .56030 | $29,557 | $887,541 |
| 2027 | 65 | $79,234 | .66095 | $52,370 | .15960 | $8,358 | $895,899 |
| 2028 | 66 | $80,153 | .64863 | $51,989 | .15640 | $8,131 | $904,030 |
| 2029 | 67 | $81,082 | .63653 | $51,611 | .15290 | $7,891 | $911,921 |
| 2030 | 68 | $82,023 | .62466 | $51,237 | .14920 | $7,645 | $919,566 |
| 2031 | 69 | $82,974 | .61302 | $50,864 | .14530 | $7,391 | $926,957 |
| 2032 | 70 | $83,937 | .60159 | $50,495 | .14110 | $7,125 | $934,082 |
| 2033 | 71 | $84,911 | .59037 | $50,129 | .13670 | $6,853 | $940,935 |
| 2034 | 72 | $85,896 | .57936 | $49,765 | .13200 | $6,569 | $947,504 |
| 2035 | 73 | $86,892 | .56856 | $49,403 | .12700 | $6,274 | $953,778 |
| 2036 | 74 | $87,900 | .55796 | $49,044 | .12170 | $5,969 | $959,747 |
| 2037 | 75 | $88,920 | .54755 | $48,688 | .11620 | $5,658 | $965,405 |
| 2038 | 76 | $89,951 | .53734 | $48,335 | .11050 | $5,341 | $970,746 |
| 2039 | 77 | $50,857 | .52732 | $26,818 | .10460 | $2,805 | $973,551 |

$973,551

MICHAEL L. BROOKSHIRE & ASSOCIATES
Charleston, WV (304) 766-6384

TABLE 15

PRESENT VALUE OF FRINGE BENEFITS
WITH WORK-LIFE ADJUSTMENTS
IN THE CASE OF CHRISTOPHER WALLACE
2005 - 2039

| YEAR | AGE | FRINGE BENEFITS | DISCOUNT FACTOR | PRESENT VALUE | WORK-LIFE PROBABILITY | ADJUSTED VALUE | CUMULATIVE |
|------|-----|-----------------|------------------|---------------|------------------------|----------------|------------|
| 2005 | 43 | $4,006 | 1.00000 | $4,006 | .88050 | $3,527 | $3,527 |
| 2006 | 44 | $7,625 | .98135 | $7,483 | .87760 | $6,567 | $10,094 |
| 2007 | 45 | $7,713 | .96306 | $7,428 | .83570 | $6,208 | $16,302 |
| 2008 | 46 | $7,803 | .94510 | $7,375 | .83250 | $6,139 | $22,441 |
| 2009 | 47 | $7,893 | .92748 | $7,321 | .82900 | $6,069 | $28,510 |
| 2010 | 48 | $7,985 | .91018 | $7,268 | .82520 | $5,997 | $34,507 |
| 2011 | 49 | $8,077 | .89321 | $7,214 | .82120 | $5,925 | $40,432 |
| 2012 | 50 | $8,171 | .87656 | $7,162 | .81700 | $5,852 | $46,284 |
| 2013 | 51 | $8,266 | .86021 | $7,111 | .81260 | $5,778 | $52,062 |
| 2014 | 52 | $8,362 | .84417 | $7,059 | .80780 | $5,702 | $57,764 |
| 2015 | 53 | $8,459 | .82843 | $7,008 | .80290 | $5,627 | $63,391 |
| 2016 | 54 | $8,557 | .81299 | $6,957 | .79710 | $5,545 | $68,936 |
| 2017 | 55 | $8,656 | .79783 | $6,906 | .62530 | $4,318 | $73,254 |
| 2018 | 56 | $8,756 | .78295 | $6,856 | .62020 | $4,252 | $77,506 |
| 2019 | 57 | $8,858 | .76835 | $6,806 | .61460 | $4,183 | $81,689 |
| 2020 | 58 | $8,961 | .75403 | $6,757 | .60830 | $4,110 | $85,799 |
| 2021 | 59 | $9,065 | .73997 | $6,708 | .60200 | $4,038 | $89,837 |
| 2022 | 60 | $9,170 | .72617 | $6,659 | .59480 | $3,961 | $93,798 |
| 2023 | 61 | $9,276 | .71263 | $6,610 | .58720 | $3,882 | $97,680 |
| 2024 | 62 | $9,384 | .69934 | $6,563 | .57890 | $3,799 | $101,479 |
| 2025 | 63 | $9,493 | .68630 | $6,515 | .56990 | $3,713 | $105,192 |
| 2026 | 64 | $9,603 | .67351 | $6,468 | .56030 | $3,624 | $108,816 |
| 2027 | 65 | $9,714 | .66095 | $6,420 | .15960 | $1,025 | $109,841 |
| 2028 | 66 | $9,827 | .64863 | $6,374 | .15640 | $997 | $110,838 |
| 2029 | 67 | $9,941 | .63653 | $6,328 | .15290 | $968 | $111,806 |
| 2030 | 68 | $10,056 | .62466 | $6,282 | .14920 | $937 | $112,743 |
| 2031 | 69 | $10,173 | .61302 | $6,236 | .14530 | $906 | $113,649 |
| 2032 | 70 | $10,291 | .60159 | $6,191 | .14110 | $874 | $114,523 |
| 2033 | 71 | $10,410 | .59037 | $6,146 | .13670 | $840 | $115,363 |
| 2034 | 72 | $10,531 | .57936 | $6,101 | .13200 | $805 | $116,168 |
| 2035 | 73 | $10,653 | .56856 | $6,057 | .12700 | $769 | $116,937 |
| 2036 | 74 | $10,777 | .55796 | $6,013 | .12170 | $732 | $117,669 |
| 2037 | 75 | $10,902 | .54755 | $5,969 | .11620 | $694 | $118,363 |
| 2038 | 76 | $11,028 | .53734 | $5,926 | .11050 | $655 | $119,018 |
| 2039 | 77 | $6,235 | .52732 | $3,288 | .10460 | $344 | $119,362 |

$119,362

MICHAEL L. BROOKSHIRE & ASSOCIATES
Charleston, WV (304) 766-6384

TABLE 16

PRESENT VALUE OF PERSONAL CONSUMPTION
WITH WORK-LIFE ADJUSTMENTS
IN THE CASE OF CHRISTOPHER WALLACE
2005 - 2039

| YEAR | AGE | PERSONAL CONSUMPTION | DISCOUNT FACTOR | PRESENT VALUE | WORK-LIFE PROBABILITY | ADJUSTED VALUE | CUMULATIVE |
|------|-----|------|------|------|------|------|------|
| 2005 | 43 | -$24,213 | 1.00000 | -$24,213 | .88050 | -$21,320 | -$21,320 |
| 2006 | 44 | -$46,084 | .98135 | -$45,225 | .87760 | -$39,689 | -$61,009 |
| 2007 | 45 | -$46,618 | .96306 | -$44,896 | .83570 | -$37,519 | -$98,528 |
| 2008 | 46 | -$47,159 | .94510 | -$44,570 | .83250 | -$37,104 | -$135,632 |
| 2009 | 47 | -$47,706 | .92748 | -$44,246 | .82900 | -$36,680 | -$172,312 |
| 2010 | 48 | -$48,259 | .91018 | -$43,925 | .82520 | -$36,247 | -$208,559 |
| 2011 | 49 | -$48,819 | .89321 | -$43,606 | .82120 | -$35,809 | -$244,368 |
| 2012 | 50 | -$49,385 | .87656 | -$43,289 | .81700 | -$35,367 | -$279,735 |
| 2013 | 51 | -$49,958 | .86021 | -$42,975 | .81260 | -$34,921 | -$314,656 |
| 2014 | 52 | -$50,538 | .84417 | -$42,662 | .80780 | -$34,463 | -$349,119 |
| 2015 | 53 | -$51,124 | .82843 | -$42,353 | .80290 | -$34,005 | -$383,124 |
| 2016 | 54 | -$51,717 | .81299 | -$42,045 | .79710 | -$33,514 | -$416,638 |
| 2017 | 55 | -$52,317 | .79783 | -$41,740 | .62530 | -$26,100 | -$442,738 |
| 2018 | 56 | -$52,924 | .78295 | -$41,437 | .62020 | -$25,699 | -$468,437 |
| 2019 | 57 | -$53,537 | .76835 | -$41,135 | .61460 | -$25,282 | -$493,719 |
| 2020 | 58 | -$54,158 | .75403 | -$40,837 | .60830 | -$24,841 | -$518,560 |
| 2021 | 59 | -$54,787 | .73997 | -$40,541 | .60200 | -$24,405 | -$542,965 |
| 2022 | 60 | -$55,422 | .72617 | -$40,246 | .59480 | -$23,938 | -$566,903 |
| 2023 | 61 | -$56,065 | .71263 | -$39,954 | .58720 | -$23,461 | -$590,364 |
| 2024 | 62 | -$56,715 | .69934 | -$39,663 | .57890 | -$22,961 | -$613,325 |
| 2025 | 63 | -$57,373 | .68630 | -$39,375 | .56990 | -$22,440 | -$635,765 |
| 2026 | 64 | -$58,039 | .67351 | -$39,090 | .56030 | -$21,902 | -$657,667 |
| 2027 | 65 | -$58,712 | .66095 | -$38,806 | .15960 | -$6,193 | -$663,860 |
| 2028 | 66 | -$59,393 | .64863 | -$38,524 | .15640 | -$6,025 | -$669,885 |
| 2029 | 67 | -$60,082 | .63653 | -$38,244 | .15290 | -$5,848 | -$675,733 |
| 2030 | 68 | -$60,779 | .62466 | -$37,966 | .14920 | -$5,665 | -$681,398 |
| 2031 | 69 | -$61,484 | .61302 | -$37,691 | .14530 | -$5,476 | -$686,874 |
| 2032 | 70 | -$62,197 | .60159 | -$37,417 | .14110 | -$5,280 | -$692,154 |
| 2033 | 71 | -$62,919 | .59037 | -$37,145 | .13670 | -$5,078 | -$697,232 |
| 2034 | 72 | -$63,649 | .57936 | -$36,876 | .13200 | -$4,868 | -$702,100 |
| 2035 | 73 | -$64,387 | .56856 | -$36,608 | .12700 | -$4,649 | -$706,749 |
| 2036 | 74 | -$65,134 | .55796 | -$36,342 | .12170 | -$4,423 | -$711,172 |
| 2037 | 75 | -$65,890 | .54755 | -$36,078 | .11620 | -$4,192 | -$715,364 |
| 2038 | 76 | -$66,654 | .53734 | -$35,816 | .11050 | -$3,958 | -$719,322 |
| 2039 | 77 | -$37,685 | .52732 | -$19,872 | .10460 | -$2,079 | -$721,401 |

-$721,401

MICHAEL L. BROOKSHIRE & ASSOCIATES
Charleston, WV (304) 766-6384

TABLE 17

PRESENT VALUE OF LOST EARNING CAPACITY
WITH WORK-LIFE ADJUSTMENTS
IN THE CASE OF CHRISTOPHER WALLACE
2005 - 2039

| YEAR | AGE | WAGES | FRINGE BENEFITS | PERSONAL CONSUMPTION | TOTAL | CUMULATIVE |
|------|-----|-------|-----------------|----------------------|-------|------------|
| 2005 | 43 | $28,771 | $3,527 | -$21,320 | $10,978 | $10,978 |
| 2006 | 44 | $53,561 | $6,567 | -$39,689 | $20,439 | $31,417 |
| 2007 | 45 | $50,633 | $6,208 | -$37,519 | $19,322 | $50,739 |
| 2008 | 46 | $50,073 | $6,139 | -$37,104 | $19,108 | $69,847 |
| 2009 | 47 | $49,500 | $6,069 | -$36,680 | $18,889 | $88,736 |
| 2010 | 48 | $48,916 | $5,997 | -$36,247 | $18,666 | $107,402 |
| 2011 | 49 | $48,325 | $5,925 | -$35,809 | $18,441 | $125,843 |
| 2012 | 50 | $47,728 | $5,852 | -$35,367 | $18,213 | $144,056 |
| 2013 | 51 | $47,127 | $5,778 | -$34,921 | $17,984 | $162,040 |
| 2014 | 52 | $46,509 | $5,702 | -$34,463 | $17,748 | $179,788 |
| 2015 | 53 | $45,891 | $5,627 | -$34,005 | $17,513 | $197,301 |
| 2016 | 54 | $45,228 | $5,545 | -$33,514 | $17,259 | $214,560 |
| 2017 | 55 | $35,223 | $4,318 | -$26,100 | $13,441 | $228,001 |
| 2018 | 56 | $34,682 | $4,252 | -$25,699 | $13,235 | $241,236 |
| 2019 | 57 | $34,119 | $4,183 | -$25,282 | $13,020 | $254,256 |
| 2020 | 58 | $33,524 | $4,110 | -$24,841 | $12,793 | $267,049 |
| 2021 | 59 | $32,936 | $4,038 | -$24,405 | $12,569 | $279,618 |
| 2022 | 60 | $32,306 | $3,961 | -$23,938 | $12,329 | $291,947 |
| 2023 | 61 | $31,661 | $3,882 | -$23,461 | $12,082 | $304,029 |
| 2024 | 62 | $30,987 | $3,799 | -$22,961 | $11,825 | $315,854 |
| 2025 | 63 | $30,284 | $3,713 | -$22,440 | $11,557 | $327,411 |
| 2026 | 64 | $29,557 | $3,624 | -$21,902 | $11,279 | $338,690 |
| 2027 | 65 | $8,358 | $1,025 | -$6,193 | $3,190 | $341,880 |
| 2028 | 66 | $8,131 | $997 | -$6,025 | $3,103 | $344,983 |
| 2029 | 67 | $7,891 | $968 | -$5,848 | $3,011 | $347,994 |
| 2030 | 68 | $7,645 | $937 | -$5,665 | $2,917 | $350,911 |
| 2031 | 69 | $7,391 | $906 | -$5,476 | $2,821 | $353,732 |
| 2032 | 70 | $7,125 | $874 | -$5,280 | $2,719 | $356,451 |
| 2033 | 71 | $6,853 | $840 | -$5,078 | $2,615 | $359,066 |
| 2034 | 72 | $6,569 | $805 | -$4,868 | $2,506 | $361,572 |
| 2035 | 73 | $6,274 | $769 | -$4,649 | $2,394 | $363,966 |
| 2036 | 74 | $5,969 | $732 | -$4,423 | $2,278 | $366,244 |
| 2037 | 75 | $5,658 | $694 | -$4,192 | $2,160 | $368,404 |
| 2038 | 76 | $5,341 | $655 | -$3,958 | $2,038 | $370,442 |
| 2039 | 77 | $2,805 | $344 | -$2,079 | $1,070 | $371,512 |
| | | $973,551 | $119,362 | -$721,401 | $371,512 | |

TABLE 18

SUMMARY OF THE PRESENT VALUE OF LOST EARNING CAPACITY
WITH WORK-LIFE ADJUSTMENTS
IN THE CASE OF CHRISTOPHER WALLACE
1999 - 2039

| YEAR | AGE | WAGES | FRINGE BENEFITS | PERSONAL CONSUMPTION | TOTAL | CUMULATIVE |
|------|-----|-------|-----------------|----------------------|-------|------------|
| 1999 | 37 | $25,992 | $3,187 | -$19,260 | $9,919 | $9,919 |
| 2000 | 38 | $45,497 | $5,578 | -$33,713 | $17,362 | $27,281 |
| 2001 | 39 | $47,271 | $5,796 | -$35,028 | $18,039 | $45,320 |
| 2002 | 40 | $48,635 | $5,962 | -$36,038 | $18,559 | $63,879 |
| 2003 | 41 | $50,527 | $6,195 | -$37,441 | $19,281 | $83,160 |
| 2004 | 42 | $52,532 | $6,440 | -$38,926 | $20,046 | $103,206 |
| 2005 | 43 | $54,131 | $6,636 | -$40,112 | $20,655 | $123,861 |
| 2006 | 44 | $53,561 | $6,567 | -$39,689 | $20,439 | $144,300 |
| 2007 | 45 | $50,633 | $6,208 | -$37,519 | $19,322 | $163,622 |
| 2008 | 46 | $50,073 | $6,139 | -$37,104 | $19,108 | $182,730 |
| 2009 | 47 | $49,500 | $6,069 | -$36,680 | $18,889 | $201,619 |
| 2010 | 48 | $48,916 | $5,997 | -$36,247 | $18,666 | $220,285 |
| 2011 | 49 | $48,325 | $5,925 | -$35,809 | $18,441 | $238,726 |
| 2012 | 50 | $47,728 | $5,852 | -$35,367 | $18,213 | $256,939 |
| 2013 | 51 | $47,127 | $5,778 | -$34,921 | $17,984 | $274,923 |
| 2014 | 52 | $46,509 | $5,702 | -$34,463 | $17,748 | $292,671 |
| 2015 | 53 | $45,891 | $5,627 | -$34,005 | $17,513 | $310,184 |
| 2016 | 54 | $45,228 | $5,545 | -$33,514 | $17,259 | $327,443 |
| 2017 | 55 | $35,223 | $4,318 | -$26,100 | $13,441 | $340,884 |
| 2018 | 56 | $34,682 | $4,252 | -$25,699 | $13,235 | $354,119 |
| 2019 | 57 | $34,119 | $4,183 | -$25,282 | $13,020 | $367,139 |
| 2020 | 58 | $33,524 | $4,110 | -$24,841 | $12,793 | $379,932 |
| 2021 | 59 | $32,936 | $4,038 | -$24,405 | $12,569 | $392,501 |
| 2022 | 60 | $32,306 | $3,961 | -$23,938 | $12,329 | $404,830 |
| 2023 | 61 | $31,661 | $3,882 | -$23,461 | $12,082 | $416,912 |
| 2024 | 62 | $30,987 | $3,799 | -$22,961 | $11,825 | $428,737 |
| 2025 | 63 | $30,284 | $3,713 | -$22,440 | $11,557 | $440,294 |
| 2026 | 64 | $29,557 | $3,624 | -$21,902 | $11,279 | $451,573 |
| 2027 | 65 | $8,358 | $1,025 | -$6,193 | $3,190 | $454,763 |
| 2028 | 66 | $8,131 | $997 | -$6,025 | $3,103 | $457,866 |
| 2029 | 67 | $7,891 | $968 | -$5,848 | $3,011 | $460,877 |
| 2030 | 68 | $7,645 | $937 | -$5,665 | $2,917 | $463,794 |
| 2031 | 69 | $7,391 | $906 | -$5,476 | $2,821 | $466,615 |
| 2032 | 70 | $7,125 | $874 | -$5,280 | $2,719 | $469,334 |
| 2033 | 71 | $6,853 | $840 | -$5,078 | $2,615 | $471,949 |
| 2034 | 72 | $6,569 | $805 | -$4,868 | $2,506 | $474,455 |
| 2035 | 73 | $6,274 | $769 | -$4,649 | $2,394 | $476,849 |
| 2036 | 74 | $5,969 | $732 | -$4,423 | $2,278 | $479,127 |
| 2037 | 75 | $5,658 | $694 | -$4,192 | $2,160 | $481,287 |
| 2038 | 76 | $5,341 | $655 | -$3,958 | $2,038 | $483,325 |
| 2039 | 77 | $2,805 | $344 | -$2,079 | $1,070 | $484,395 |
| | | $1,269,365 | $155,629 | -$940,599 | $484,395 | |

MICHAEL L. BROOKSHIRE & ASSOCIATES
Charleston, WV (304) 766-6384

TABLE 19

CHILD SUPPORT PAYMENTS TO DATE
WITH CONTINUOUS EMPLOYMENT
IN THE CASE OF CHRISTOPHER WALLACE
1999 - 2005

| YEAR | AGE | CHILD SUPPORT | CUMULATIVE |
|------|-----|---------------|------------|
| 1999 | 37 | $6,067 | $6,067 |
| 2000 | 38 | $9,748 | $15,815 |
| 2001 | 39 | $10,150 | $25,965 |
| 2002 | 40 | $10,469 | $36,434 |
| 2003 | 41 | $10,904 | $47,338 |
| 2004 | 42 | $6,898 | $54,236 |
| 2005 | 43 | $2,752 | $56,988 |

$56,988

TABLE 20

PRESENT VALUE OF CHILD SUPPORT PAYMENTS
WITH CONTINUOUS EMPLOYMENT
IN THE CASE OF CHRISTOPHER WALLACE
2005 - 2006

| YEAR | AGE | CHILD SUPPORT | DISCOUNT FACTOR | PRESENT VALUE | CUMULATIVE |
|------|-----|---------------|-----------------|---------------|------------|
| 2005 | 43  | $3,122        | 1.00000         | $3,122        | $3,122     |
| 2006 | 44  | $5,666        | .98135          | $5,560        | $8,682     |

$8,682

TABLE 21

SUMMARY OF THE PRESENT VALUE OF CHILD SUPPORT PAYMENTS
WITH CONTINUOUS EMPLOYMENT
IN THE CASE OF CHRISTOPHER WALLACE
1999 - 2006

| YEAR | AGE | WAGES | CUMULATIVE |
|------|-----|-------|------------|
| 1999 | 37 | $6,067 | $6,067 |
| 2000 | 38 | $9,748 | $15,815 |
| 2001 | 39 | $10,150 | $25,965 |
| 2002 | 40 | $10,469 | $36,434 |
| 2003 | 41 | $10,904 | $47,338 |
| 2004 | 42 | $6,898 | $54,236 |
| 2005 | 43 | $5,874 | $60,110 |
| 2006 | 44 | $5,560 | $65,670 |

$65,670

TABLE 22

CHILD SUPPORT PAYMENTS TO DATE
WITH WORK-LIFE ADJUSTMENTS
IN THE CASE OF CHRISTOPHER WALLACE
1999 - 2005

| YEAR | AGE | CHILD SUPPORT | WORK-LIFE PROBABILITY | ADJUSTED VALUE | CUMULATIVE |
|------|-----|---------------|----------------------|----------------|------------|
| 1999 | 37 | $6,067 | .89390 | $5,423 | $5,423 |
| 2000 | 38 | $9,748 | .89200 | $8,695 | $14,118 |
| 2001 | 39 | $10,150 | .89000 | $9,034 | $23,152 |
| 2002 | 40 | $10,469 | .88780 | $9,294 | $32,446 |
| 2003 | 41 | $10,904 | .88560 | $9,657 | $42,103 |
| 2004 | 42 | $6,898 | .88320 | $6,092 | $48,195 |
| 2005 | 43 | $2,752 | .88050 | $2,423 | $50,618 |

$50,618

TABLE 23

PRESENT VALUE OF CHILD SUPPORT PAYMENTS
WITH WORK-LIFE ADJUSTMENTS
IN THE CASE OF CHRISTOPHER WALLACE
2005 - 2039

| YEAR | AGE | CHILD SUPPORT | DISCOUNT FACTOR | PRESENT VALUE | WORK-LIFE PROBABILITY | ADJUSTED VALUE | CUMULATIVE |
|------|-----|---------------|-----------------|---------------|-----------------------|----------------|------------|
| 2005 | 43 | $3,122 | 1.00000 | $3,122 | .88050 | $2,749 | $2,749 |
| 2006 | 44 | $5,666 | .98135 | $5,560 | .87760 | $4,880 | $7,629 |
| | | | | | | | $7,629 |

TABLE 24

SUMMARY OF THE PRESENT VALUE OF CHILD SUPPORT PAYMENTS
WITH WORK-LIFE ADJUSTMENTS
IN THE CASE OF CHRISTOPHER WALLACE
1999 - 2039

| YEAR | AGE | CHILD SUPPORT | CUMULATIVE |
|------|-----|---------------|------------|
| 1999 | 37 | $5,423 | $5,423 |
| 2000 | 38 | $8,695 | $14,118 |
| 2001 | 39 | $9,034 | $23,152 |
| 2002 | 40 | $9,294 | $32,446 |
| 2003 | 41 | $9,657 | $42,103 |
| 2004 | 42 | $6,092 | $48,195 |
| 2005 | 43 | $5,172 | $53,367 |
| 2006 | 44 | $4,880 | $58,247 |

$58,247

TABLE 25

SUMMARY OF THE PRESENT VALUE OF
LOST EARNING CAPACITY
IN THE CASE OF CHRISTOPHER WALLACE
1999 – 2039

PRESENT VALUE OF EARNING CAPACITY LESS
PERSONAL CONSUMPTION WITH CONTINUOUS
EMPLOYMENT THROUGH AGE 58                                    $  463,752

PRESENT VALUE OF CHILD SUPPORT PAYMENTS WITH
CONTINUOUS EMPLOYMENT                                        $   65,670

NET LOSS OF EARNING CAPACITY WITH
CONTINUOUS EMPLOYMENT                                        $  529,422

PRESENT VALUE OF EARNING CAPACITY LESS
PERSONAL CONSUMPTION WITH ADJUSTMENTS
FOR WORK-LIFE EXPECTANCY                                     $  484,395

PRESENT VALUE OF CHILD SUPPORT PAYMENTS WITH
ADJUSTMENTS FOR WORK-LIFE EXPECTANCY                         $   58,247

NET LOSS OF EARNING CAPACITY WITH
ADJUSTMENTS FOR WORK-LIFE EXPECTANCY                         $  542,642

APPENDIX I

CALCULATION OF TREND RATES OF REAL WAGE GROWTH,
REAL INTEREST (DISCOUNT) RATES,
AND THE NET DISCOUNT RATE

| YEAR | WAGE[1] | | INTEREST/DISCOUNT[2] | | CPI[3] | | REAL WAGE CHANGE | REAL INTEREST CHANGE |
|------|-------|-------------------|-------|------|-------|-------------------|------|------|
|      | INDEX | PERCENT INCREASE | INDEX | RATE | INDEX | PERCENT INCREASE | | |
| 1984 | 69.10 | | 1.0000 | | 103.90 | | | |
| 1985 | 72.40 | 4.78 | 1.0773 | 7.73 | 107.60 | 3.56 | 1.21 | 4.17 |
| 1986 | 76.20 | 5.25 | 1.1436 | 6.16 | 109.60 | 1.86 | 3.39 | 4.30 |
| 1987 | 79.00 | 3.67 | 1.2121 | 5.99 | 113.60 | 3.65 | 0.02 | 2.34 |
| 1988 | 83.10 | 5.19 | 1.2957 | 6.90 | 118.30 | 4.14 | 1.05 | 2.76 |
| 1989 | 85.30 | 2.65 | 1.4047 | 8.41 | 124.00 | 4.82 | -2.17 | 3.59 |
| 1990 | 90.60 | 6.21 | 1.5137 | 7.76 | 130.70 | 5.40 | 0.81 | 2.36 |
| 1991 | 95.00 | 4.86 | 1.5980 | 5.57 | 136.20 | 4.21 | 0.65 | 1.36 |
| 1992 | 100.00 | 5.26 | 1.6544 | 3.53 | 140.30 | 3.01 | 2.25 | 0.52 |
| 1993 | 102.20 | 2.20 | 1.7054 | 3.09 | 144.50 | 2.99 | -0.79 | 0.09 |
| 1994 | 103.80 | 1.57 | 1.7804 | 4.40 | 148.20 | 2.56 | -0.99 | 1.84 |
| 1995 | 106.00 | 2.12 | 1.8813 | 5.67 | 152.40 | 2.83 | -0.71 | 2.83 |
| 1996 | 109.60 | 3.40 | 1.9783 | 5.16 | 156.90 | 2.95 | 0.44 | 2.20 |
| 1997 | 113.10 | 3.19 | 2.0813 | 5.21 | 160.50 | 2.29 | 0.90 | 2.91 |
| 1998 | 119.90 | 6.01 | 2.1841 | 4.94 | 163.00 | 1.56 | 4.45 | 3.38 |
| 1999 | 125.60 | 4.75 | 2.2885 | 4.78 | 166.60 | 2.21 | 2.55 | 2.57 |
| 2000 | 134.54 | 7.12 | 2.4263 | 6.02 | 172.20 | 3.36 | 3.76 | 2.66 |
| 2001 | 140.10 | 4.13 | 2.5119 | 3.53 | 177.10 | 2.85 | 1.29 | 0.68 |
| 2002 | 144.50 | 3.14 | 2.5533 | 1.65 | 179.90 | 1.58 | 1.56 | 0.07 |
| 2003 | 150.50 | 4.15 | 2.5798 | 1.04 | 184.00 | 2.28 | 1.87 | -1.24 |
| 2004 | 156.90 | 4.25 | 2.6160 | 1.40 | 188.90 | 2.66 | 1.59 | -1.26 |
| **1984-2004 AVERAGE** | | 4.19 | | 4.93 | | 3.03 | 1.16 | 1.90 |
| *2005[4]* | *162.17* | *3.36* | | | *193.06* | *2.20* | *1.16* | |

Net Discount Rate: **0.74%**/Year
If real wage growth is zero, the
Net Discount Rate becomes 1.90%/Year

Update of February 21, 2005.

[1] Wage Hourly Compensation: Major Sector Productivity and Costs Index, Business Sector – All Persons, Bureau of Labor Statistics, February 7, 2005.

[2] Interest Rates: Bond Yield and Interest Rates, 1929-2004; Economic Report of the President 2005.

[3] CPI: Consumer Price Index, All Urban Consumers (CPI-U), U.S. City Average – All Items, Bureau of Labor Statistics, January 21, 2005.

[4] 2005 Wage Index derived by applying the assumed rate of change in CPI-U for 2005 of 2.20% to the 20-Year (1984-2004) Average Real Wage Growth of 1.16%, yielding nominal wage growth for 2005 of 3.36%. 2005 Wage Index and Percent Change are not used for the calculation of averages.

# ANNUAL RATE OF PRICE INFLATION
## 1964-2004



YEARS

 Inflation Rate

MICHAEL L. BROOKSHIRE & ASSOCIATES
Charleston, WV (304) 766-6384

# WAGE GROWTH RATES, INTEREST RATES,
## AND INFLATION RATES  1964-2004



# Real Wage Growth and Real Interest Rates  1964-2004



Real Wage Growth Rates

Real Interest Rates

MICHAEL L. BROOKSHIRE & ASSOCIATES
Charleston, WV (304) 766-6384

**Illustration from Brookshire 1990 Book\* of Chart to be Prepared for Trial, Explaining How Lump Sum (Present Value) Losses, and all Earned Interest, are Exhausted in Restoring Annual, Economic Losses.**

# CHART 2

## ILLUSTRATION OF HOW A $605,795 LUMP SUM EXACTLY RESTORES ECONOMIC LOSS AND IS ENTIRELY USED UP IN THE PROCESS



*Michael L. Brookshire and Stan V. Smith, ECONOMIC/HEDONIC DAMAGES: The Practice Book for Plaintiff and Defense Attorneys (Cincinnati: Anderson, 1990), p. 220