UNITED STATES DISTRICT COURT
SOUTHER DISTRICT OF OHIO
WESTERN DIVISION

**CIVIL ACTION NO. C-1-00-1056 (Bertelsman, Judge)**

**ELECTRIC INSURANCE COMPANY, ET AL**                    **PLAINTIFFS**

VS.                                                     <u>ORDER</u>

**PHYLLIS H. WALLACE, Executrix of the**
**Estate of Christopher S. Wallace, et al**              **DEFENDANT**

On May 27, 2005, a final pretrial conference was held in this matter. Brian Meeker represented the plaintiff; Carl Zugelter and Ed Hoseas represented the defendants. Counsel having subsequently advised the court that the within matter has settled,

**IT IS ORDERED** that the pending motion to show cause (Doc. #76) be, and it is, hereby **denied as moot**; that the trial date of June 20, 2005 be, and it is, hereby **cancelled**; and that the parties shall submit to the undersigned for signature an Agreed Entry of Dismissal on or before **June 27, 2005**, failing which the court will enter its own order dismissing this action as settled.

This 2nd day of June, 2005.



Signed By:
<u>William O. Bertelsman</u>  WOB
United States District Judge