UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**CIVIL ACTION NO. C-1-00-1056 (Bertelsman, Judge)**

**ELECTRIC INSURANCE COMPANY, ET AL**                    PLAINTIFFS

VS.                                  <u>ORDER</u>

**PHYLLIS H. WALLACE, Executrix of the
Estate of Christopher S. Wallace, et al**               DEFENDANT

The court having previously been advised that this matter has been settled and having ordered that the parties file a stipulation of dismissal, and no such stipulation having been filed,

**IT IS ORDERED** that this matter be, and is hereby, **DISMISSED AS SETTLED and stricken from the court's docket.**

This 12th day of August, 2005.



Signed By:
<u>William O. Bertelsman</u> WOB
United States District Judge