UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| ELECTRIC INSURANCE COMPANY, ET AL. | ) ) ) | CASE NO.  C-1-00-1056 |
| | ) | JUDGE WILLIAM O. BERTELSMAN |
| Plaintiffs, | ) ) | |
| | ) | **NOTICE OF SETTLEMENT AND** |
| v. | ) | **STIPULATED DISMISSAL WITH** |
| | ) | **PREJUDICE** |
| PHYLLIS H. WALLACE, EXECUTRIX OF THE ESTATE OF CHRISTOPHER S. WALLACE, ET AL. | ) ) ) ) | |
| Defendants. | ) | |

Now come the parties, by and through respective counsel, and hereby give notice pursuant to FRCP 41(a) that the claims between Defendant/Cross-claimant Phyllis H. Wallace (as Executrix of the Estate of Christopher S. Wallace) and Defendant Chrysler Insurance Company have been settled.  This matter is dismissed with prejudice.

Respectfully submitted,

/s/ Edwin L. Hoseus, Jr.
EDWIN I. HOSEUS, JR.
741 Milford Hills Drive
Milford, OH  45150
(513) 248-0317; Fax: (513) 248-0321
ehoseus@fuse.net
*Attorney for Phyllis Wallace*


/s/ Brian A. Meeker
Brian A. Meeker  (0063543)
Clifford C. Masch (0015737)
REMINGER & REMINGER CO., L.P.A.
1400 Midland Building
101 Prospect Avenue West
Cleveland, Ohio 44115-1093
*Attorneys for Defendant*
*Chrysler Insurance Company*